IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-908 (SLR) |
| MOTOROLA MOBILITY LLC, | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Expert Report of De. Martin Rinard Regarding the Validity of U.S. Patent Number 7,810,144*; (2) *Expert Report of Dr. Timothy J. Drabik Regarding the Question of Validity of U.S. Patent Number 6,412,953*; (3) *Expert Report of Dr. Timothy J. Drabik regarding the Invalidity of U.S. Patent Number 7,120,462* (4) *Expert Report of Dr. Randy Howard Katz Regarding the Invalidity of U.S. Patent NO. 7,409,450*; and (5) *Expert Report of Dr. Brian Von Herzen Regarding the Invalidity of U.S. Patent Nos. 6,557,054 and 6.658,464* were caused to be served on May 17, 2013 upon the following in the manner indicated:

Brian E. Farnan, Esquire                           *VIA ELECTRONIC MAIL*
Rosemary J. Piergiovanni, Esquire
FARNAN LLP
919 North Market Street
Wilmington, DE  19801
*Attorneys for Plaintiffs*

Margaret Elizabeth Day, Esquire                    *VIA ELECTRONIC MAIL*
Marc C. Belloli, Esquire
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real
Menlo Park, CA  94025
*Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen J. Kraftschik*

Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com
*Attorneys for Defendant Motorola Mobility LLC*

OF COUNSEL:

William H. Boice
Candice Decaire
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309
(404) 815-6500

Steven Moore
Alton Absher III
Carl Sanders
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC  27101-2400
(336) 607-7300

May 20, 2013
7213989

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 20, 2013, upon the following in the manner indicated:

Brian E. Farnan, Esquire                          *VIA ELECTRONIC MAIL*
Rosemary J. Piergiovanni, Esquire
FARNAN LLP
919 North Market Street
Wilmington, DE  19801
*Attorneys for Plaintiffs*

Ian N. Feinberg, Esquire                          *VIA ELECTRONIC MAIL*
Margaret Elizabeth Day, Esquire
David L. Alberti, Esquire
Clayton Thompson, Esquire
Marc C. Belloli, Esquire
Sam Lim, Esquire
Yakov Zolotorez, Esquire
Leonard J. Augustine, Jr., Esquire
Peter Mikhail, Esquire
James Hall, Esquire
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real
Menlo Park, CA  94025
*Attorneys for Plaintiffs*

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)