IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>MOTOROLA MOBILITY LLC,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 11-908 (SLR)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant Motorola Mobility LLC, subject to the approval of the Court, that the Scheduling Order (*see* D.I. 16 ¶ 2(g)) is amended as follows:

1. Each party shall serve on the other parties a list of each fact witness (including any expert witness who is also expected to give fact testimony), who has previously been disclosed during discovery and that it intends to call at trial by May 31, 2013.

2. Each party shall serve a list of each rebuttal fact witness that it intends to call at trial by June 28, 2013.

3. Depositions of fact witnesses who have not been previously deposed in this case shall be held by July 31, 2013.

All other dates remain unchanged.

| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Brian E. Farnan* | */s/ Stephen J. Kraftschik* |
| Brian E. Farnan (#4089)<br>Rosemary J. Piergiovanni (#3655)<br>919 North Market Street<br>12th Floor<br>Wilmington, DE  19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>rpiergiovanni@farnanlaw.com | Jack B. Blumenfeld (#1014)<br>Stephen J. Kraftschik (#5623)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>skraftschik@mnat.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____ 2013.


_____ J.