# EXHIBIT 35

# In The Matter Of:

*INTELLECTUAL VENTURES I LLC*
*v.*
*MOTOROLA MOBILITY, LLC*

---

## *RANDY H. KATZ, Ph.D. - Vol. 1*
### *July 17, 2013*

---

**MERRILL CORPORATION**
LegaLink, Inc.

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

RANDY H. KATZ, Ph.D. – 7/17/2013

Page 46

1    Q.  You didn't consider whether a mobile phone is
2  a handset?
3    A.  I'm still struggling to understand exactly
4  what a handset is, or what we consider a handset to be.
5  I know of a plain old telephone that is a handset; I
6  know of a smartphone.  I'm unaware of necessarily
7  calling the smartphone a "handset."
8    Q.  Do you agree that a mobile phone would be a
9  CPE?
10    MR. SANDERS:  Objection, form.
11    THE WITNESS:  I think a cordless phone would
12  be a CPE, customer presence equipment.  I think a mobile
13  phone, I would feel more comfortable defining that as a
14  customer premise equipment station, as opposed to a CPE.
15  BY MR. ALBERTI:
16    Q.  Fair enough.  So a mobile phone would be in
17  your view, an example of a customer premise equipment
18  station.
19    A.  Yes.
20    Q.  What's a PBX?
21    A.  A PBX is a private branch exchange.
22    Q.  What exactly is a private branch exchange?
23    A.  It's a local switching center or switchboard
24  for an office or for a business.
25    For example, at the, at Berkeley, the

Page 47

1  University of California at Berkeley, we have the 642
2  followed by a thousand numbers.  And the campus has its
3  own switching equipment for connecting phones and
4  managing the phones.  And their connectivity to the
5  public switched telephone network and the device that
6  manages those phones and provides connectivity for those
7  phones, it would be called a PBX.
8    Q.  Would a PBX be a CPE under Motorola's proposed
9  construction?
10    A.  It certainly is included in the list of items
11  that's a CPE by the Patent Office.
12    Q.  In your opinion, would a PBX be a CPE?
13    A.  I think it would be, under, under Motorola's
14  proposed construction.
15    Q.  Let's go to the next term, "base station."
16    A.  How are we doing on time?  We've been about an
17  hour.
18    Q.  I'm sorry.  We are about at an hour exactly,
19  so if you'd like, we can take our first break.
20    A.  I would like to take a break.
21    Q.  All right.
22    THE VIDEOGRAPHER:  Going off the record, the
23  time is 10:02.
24    (Recess)
25    THE VIDEOGRAPHER:  Back on the record, the

Page 48

1  time is 10:13.
2  BY MR. ALBERTI:
3    Q.  When we left off, we were talking about claim
4  terms.  And just to recalibrate, I'll just direct your
5  attention again to page 10 of Mr. Seely's report.
6    A.  Yes.
7    Q.  The second term in the chart is "base
8  station."  Do you see that?
9    A.  I do.
10    Q.  Do you -- I'll say this.  I take it you
11  endorse Motorola's construction on this term?
12    A.  I do.
13    Q.  Do you see any substantive difference between
14  Motorola's construction and IV's proposed construction?
15    A.  The Motorola's proposed construction does not
16  limit the communicating devices to CPEs.
17    Q.  Other than that, is there any major
18  disagreement you had between the constructions?
19    A.  There is this, a theme of what is the network
20  to which the base station provides access to.  In the
21  Motorola construction, it is -- the term that's used is
22  "telecommunication carrier," compared to a "network."
23    Q.  You believe Motorola's construction is more
24  accurate in that context.
25    A.  I do.

Page 49

1    Q.  Let's move on to the next construction,
2  "wireless bandwidth."  I take it you endorse Motorola's
3  construction?
4    A.  I do.
5    Q.  What is -- for the record, Motorola's
6  construction reads, "a communication medium employing
7  analog carrier signals."
8    What is an analog carrier signal?
9    A.  An analog signal -- let's break it down sort
10  of piece by piece.
11    So an analog signal is to distinguish it from
12  a digital signal, which takes on only two values:  One
13  and zero.  Analog can take on a continuous set of
14  values.
15    "Analog carrier" implies that I will impose on
16  the signal a structure with which to encode information.
17  So in a sense, the carrier -- it's called a carrier
18  because it carries information.  It's a way of taking
19  the analog signal and modifying it to represent digital
20  information.  So it is a communications medium, the
21  ability to exchange information, employing an analog
22  wave form which carries information or in which digital
23  information can be imposed on that analog wave form in
24  order to encode information.
25    Q.  In your opinion, would wireless bandwidth

13 (Pages 46 to 49)

RANDY H. KATZ, Ph.D. - 7/17/2013

Page 50

1  occur over a wireless communication medium?
2      A.  That seems like kind of a circular definition
3  to me, wireless bandwidth over a wireless network.
4      Q.  Well, as far as the communication medium, what
5  would be a wireless communication medium?
6      A.  Radio signals would be a wireless
7  communications medium.
8      Q.  Any other examples?
9      A.  Within the context, another example would be
10  satellite signals would be -- again, the way in which a
11  satellite communicates between space and the ground
12  would be another example of a wireless signal.
13      Q.  So we have satellite, RF.  Any others that you
14  can think of?
15      A.  In the context of the patent, there's also
16  reference to cable.
17      Q.  Does cable use RF?
18      MR. SANDERS:  Objection, form.
19      THE WITNESS:  Cable -- you know, part of the,
20  I think, in support of Motorola's construction, cable
21  uses an analog carrier signal in order to encode digital
22  information and the way in which that signal is
23  modified.  So the terminology of "analog carrier signal"
24  applies to communication over a cable, but it is a bit
25  of a stretch to say that radio, RF or radiofrequency

Page 51

1  encodings are in particular used over the cable.
2  BY MR. ALBERTI:
3      Q.  In your experience, have you ever referred to
4  cable communication as wireless?
5      A.  You know, it's almost like a, a sort of
6  antidefinition:  "Cable" implying a wire, and "wireless"
7  implying, Look, Mom, no wires.
8      I think it sort of comes from the fact that
9  cable, cable can be used in, in several different
10  contexts.  Cable can be used to transmit Ethernet
11  signals; you could use a cable to implement an Ethernet.
12  But I think in the context of the patent the use of the
13  terminology related to "cable" had to do with cable
14  television.  And cable television, the kind of cable
15  used in cable television is used to carry, or at least
16  in the time frame of the patent, was used to carry
17  analog television signals, which are comparable to
18  broadcasting from an old-fashioned, you know, sort of
19  tower on Mt. Sutro or something like that.
20      So I think it would be a bit of a stretch to
21  apply "wireless" to cable normally, or cable TV, but
22  the, the sort of way of thinking about it would be that
23  the kind of cables used in a cable television system are
24  used to transmit television signals, which the
25  traditionally, at least until the last few years, were

Page 52

1  transmitted without wires.
2      Q.  I believe in your report you made reference to
3  a cable, a coaxial cable acting as a waveguide.  Do you
4  recall that?
5      MR. SANDERS:  Objection to form.
6      THE WITNESS:  I do.  It probably is not a bad
7  idea to go take a look at it.
8  BY MR. ALBERTI:
9      Q.  Let's take a look at it, yes.
10      A.  Okay.  So Exhibit 1.  Can you point me at the
11  particular paragraph you have in mind?
12      Q.  Find it . . . So if you take a look at
13  page 16.
14      A.  Sixteen, page 16.
15      Q.  Paragraph 46.
16      A.  Forty-six.
17      Q.  Second sentence.
18      A.  Yes.
19      Q.  Do you see that you state there, you give
20  reference to coaxial cable acting as an RF waveguide?
21      A.  "I note that" -- so I'm quoting from what I
22  wrote in my report.  "I note that 'wireless bandwidth'
23  as used in the patent encompasses media, such as coaxial
24  cable, that act an RF waveguide," which is the way in
25  which -- if you can, you know, put yourself back in a

Page 53

1  time machine and go back about, to the time frame of the
2  mid 1990s, before we had Infinity digital television on
3  demand, you basically got a bunch of analog encoded
4  television signals that went down that coax cable into
5  your home and then were delivered to your TV set.  So
6  that's where that comes from.
7      Q.  So by "RF waveguide," it would be a guide,
8  that would guide RF signals from your antenna into your
9  TV.
10      A.  Let's try and get that right.
11      So the, the way in which the coaxial cable was
12  used in a cable TV system of the time frame of the mid
13  1990s, predigital television and all that, you basically
14  got a, an analog signal within a particular frequency
15  range that looked identical to the kind of signal that
16  would come into your rabbit ear antenna coming down that
17  wire on the frequency for Channel 2, the frequency for
18  Channel 4, the frequency for Channel 5, that through an
19  appropriate adaptor connected to the cable on one end
20  and your TV on the other end, would allow you to select
21  between those to look at Channel 2 on your TV or
22  whatever.  So it kind of, in a way, replaced the
23  antenna, which would be able to pick up signals over the
24  air, truly wireless, if you would, without wires.
25      The cable was kind of -- you know, actually,

14 (Pages 50 to 53)

RANDY H. KATZ, Ph.D. – 7/17/2013

Page 54

1  cable TV, the coaxial cable is, I have a little bit of
2  history in this because as an undergraduate at Cornell
3  University in the early 1970s, I got my fraternity to
4  sign up to be one of the first customers of Home Box
5  Office. And at the time, those systems were called
6  community area, community -- community antenna
7  television systems. Because basically, the coaxial
8  cable, if you were in a part of the world like Ithaca,
9  New York, which was far from any major metropolitan
10 area, if you wanted to watch TV the choices were very
11 limited. So the coaxial cable could bring in -- would
12 be a way of distributing multiple television stations --
13 maybe from New York, maybe from Buffalo, maybe from
14 Syracuse -- and it would just plug into exactly where
15 the antenna was on your TV in order to be able to see
16 those things.
17       So the signals carried are, are, again, in
18 this time frame, were radiofrequency analog carrier, as
19 opposed to being characterized by being without wires.
20    **Q. In contrast, a standard Ethernet cable would**
21 **be, carry a digital signal.**
22    A. Again, it's a little bit more complicated than
23 that. The Ethernet cable carries an analog carrier
24 signal, but that analog carrier signal is encoded in
25 such a fashion, you know, to think about it as --

Page 55

1  imagine that it is, you know, something that looks like
2  a sine wave: Hill, valley, hill, valley, hill, valley,
3  playing forward in time. If I sort of make that signal
4  come faster -- hill, valley, hill, valley, hill, valley,
5  hill, valley, hill, valley -- by, by modifying the
6  frequency of the wave form, I can encode ones versus
7  zeroes. I can do it also by, you know, amplitude. Big
8  signal, little signal, big signal, little signal can
9  distinguish between ones and zeroes, and many more
10 sophisticated things.
11       The cable TV system that was delivering TV to
12 our fraternity's television set in 1973 and '4 didn't
13 work like that. It was just basically the straight
14 signals that were encoding the television picture. But
15 the -- you know, at some level, it's the same looking
16 train of hills and valleys; it's just how you interpret
17 what the hills and valleys mean that distinguish
18 Ethernet cable and what we use it for from the analog TV
19 system.
20       And that was, I think, the basis for
21 supporting the definition here of the analog carrier
22 signal as being the distinguishing aspect of wireless
23 bandwidth that would encompass both the context in the
24 patent of both cable and wireless or radio signaling.
25    **Q. So an Ethernet cable, you wouldn't say that**

Page 56

1  **that employed analog carrier signals.**
2     A. I think I just said that it did.
3     **Q. It did. So . . . okay. So I guess, what**
4  **wouldn't be wireless bandwidth then, if . . .?**
5     A. Well, going back to the question you just
6  asked, to attempt to clarify it, the, the -- a key
7  aspect of the term here is "analog carrier signal," as
8  distinguished from "analog signal."
9        So let's say that the TV signal that goes down
10 the cable TV to that 1973 television set was an analog
11 signal identical to the way in which an analog signal
12 over the air encoded a TV program, but the analog
13 carrier signal is a foundation for encoding binary data.
14 The carrier is like a baseline, like a heartbeat. And
15 the way in which that heartbeat is modified in time to
16 beat faster or slower or louder or softer, for example,
17 is a way in which it is still an analog carrier but it
18 encodes digital information.
19       And, and then coming back to your subsequent
20 question, what isn't an analog carrier signal, that is a
21 very good question because any -- with the exception of
22 something like the way Morse code works -- dot dash, dot
23 dash -- just about all modern digital communication is
24 founded on an analog carrier signal.
25    **Q. So taking defendant Motorola's proposed**

Page 57

1  **construction, other than Morse code, can you think of a**
2  **communication medium that would not be employing analog**
3  **carrier signals?**
4     A. Well, again, it's sort of like how does
5  wireless bandwidth encompass both radio transmission and
6  cable, which is what's in this patent, which is in the
7  patent specification? Wireless bandwidth applies to --
8  there's a figure that says, shows little, you know,
9  lightning bolt and says wireless as well as cable or
10 something like that. So one struggles to try and define
11 what is a way of defining that term.
12       The plain and ordinary meaning is actually
13 not -- I don't know how to stretch "wireless" to include
14 both radio and cable without looking at the common
15 denominator in both of those elements of the
16 specification, which is where the analog carrier signal
17 comes from. So I mean, that's sort of -- that's why I
18 support that in the effort to read the term to
19 incorporate both wireless and cable as a communications
20 mechanism.
21    **Q. You would agree that the plain and ordinary**
22 **meaning of "wireless" means no wire.**
23    A. That's true. So does that mean wireless
24 bandwidth does not apply to cable as a communications
25 medium? Plain and ordinary definition.

15 (Pages 54 to 57)

RANDY H. KATZ, Ph.D. - 7/17/2013

Page 90

1    Q. By "simultaneous communicating entities,"
2  you're referring to two end points.
3    A. That's a little indeterminate to me, the
4  question that you asked.
5    Q. What do you mean by "simultaneous
6  communicating entities"?
7    A. Okay. So let me give you an example. A wants
8  to talk to B while C wants to talk to D. There is a
9  sequence of steps that A will go through in order to
10  communicate with B, or sequence of, of -- for purposes
11  of the example, let's say wire hops to get from A to B.
12    In a circuit, like the way the old phone
13  system worked, like the old switchboard operator
14  establishing Randy calling Dave, there would be
15  dedicated wires that were dedicated just to the two of
16  us communicating. That would be a traditional
17  connection-oriented, circuit-oriented communication
18  method.
19    In the idea of virtual circuits, these -- it
20  appears to the communicating end points that they have a
21  dedicated circuit, but those hops could be used by,
22  simultaneously by somebody else. So if C communicating
23  with D needed to use one of those links, the system
24  would be able to kind of adjudicate and manage or
25  arbitrate: Our communication gets to go, then C talking

Page 91

1  to D gets to go, then A talking to B gets to go, and so
2  on. So they're actually shared between those, as
3  opposed to physically dedicated.
4    Q. I think I understand. So, but as far as A
5  communicating to B, the packets that are sent from A to
6  B would travel along the same circuit path.
7    A. They would.
8    Q. Okay. And the packet sent from C to D would
9  also travel along the same circuit path.
10    A. Just to be clear, it need not be the same as
11  the ones that A are communicating to B would follow.
12    Q. Understood, understood. And the point, I
13  guess, the thing that makes it virtual is there may be a
14  piece of that path that could be shared between A and B
15  and C and D.
16    A. Correct.
17    Q. When you say that one of the strengths is the
18  "virtual circuit concept, with call set-up in advance of
19  data transmission," what do you mean by the "call set-up
20  in advance of data transmission"?
21    A. Point me to the . . .
22    Q. I'm sorry. It's the first sentence under
23  "Strengths." And I had asked you about the virtual
24  circuit piece. I guess I'm asking about the second
25  piece where you talk about "call set-up in advance of

Page 92

1  data transmission."
2    A. So this is under "Strengths."
3    Q. Yes.
4    A. Which, are we talking about the first
5  paragraph? Fundamental assumption? The sentence that
6  starts, affirmative, fundamental assumption?
7    Q. I think --
8    A. Because I don't see the call set-up part
9  there. It's somewhere else.
10    Q. Are we on page 12?
11    A. Okay, sorry. I was on the wrong page. So
12  we're talking in the second full, the first full
13  paragraph, I guess.
14    Q. Under 4.4 --
15    A. Oh.
16    Q. -- where it says "Strengths."
17    A. Strengths. I'm sorry. I was looking in the
18  wrong place. "One of ATM's key strengths is its virtual
19  circuit concept, with the call set-up in advance of data
20  transmission." That's your, that's the --
21    Q. Right. My question is, what do you mean by
22  "call set-up in advance of data transmission"?
23    A. Well, ATM is a connection-oriented protocol so
24  before you can send data from point A to point B, you
25  have to establish the circuit between them. So there's

Page 93

1  a kind of -- an element of the ATM protocols is, you can
2  call it connection set-up or call set-up, where you
3  initially engage with and handshake with the system in
4  order to ensure that it has the resources to support the
5  data transmission that you wish to accomplish.
6    Q. You agree that in IP, it is a connectionless
7  protocol, true?
8    A. I agree with that statement.
9    Q. In IP, you would not need to do call set-up in
10  advance of data transmission.
11    A. This is true.
12    Q. The next sentence reads, "This is critical for
13  ATM's ability to manage scarce resources and achieve its
14  evolving model of quality of service guarantees."
15    Do you agree with that?
16    A. It's what I wrote, yes.
17    Q. What did you, what did you mean in this time
18  frame about the "evolving model of quality of service
19  guarantees"?
20    A. So ATM defines a variety of quality of service
21  classes -- primarily constant bit rate, variable bit
22  rate, and available bit rate. And it has a particular
23  model for describing how network resources should be
24  managed to support different kinds of communication
25  patterns based on those three underlying primitives, or

24  (Pages 90 to 93)

RANDY H. KATZ, Ph.D. — 7/17/2013

Page 98

1  some of the prior art associated with today's discussion
2  about the patent, at the time I wrote this I wasn't
3  aware of the totality of work in the mobile ATM arena.
4  There, there is work that was done to provide a kind of
5  a short-circuit reestablishment of a, an ATM connection
6  in the event of a switch failure that did not require a
7  full teardown and reestablishment.
8      So I guess the point that I'm trying to make
9  is I did write this; this was the opinion I had at the
10  time of, we're saying sort of somewhere in 1998, of what
11  I knew at that time. But there was work that was going
12  on that was addressing all of the weaknesses that are
13  addressed in these sections. So, you know, if we had,
14  if we had time and access to Google, we could
15  undoubtedly find literature that addressed each one of
16  these shortcomings with some creative approach with how
17  to address it, like partial rebuild after a failure.
18      So this is, this article in part was written
19  to establish something of a research agenda for the
20  community. So there were people who were -- I may not
21  have been completely aware of everything that was going
22  on at the time I wrote it -- but there were people who
23  were working on each one of these shortcomings at the
24  time.
25      So it's not fair to really say that, you know,

Page 99

1  it was impossible for ATM to do a certain function. It
2  could evolve to support some of these mobility features.
3      Q. And at the time, it was still evolving, true?
4      A. ATM was standardized at the time, and the sort
5  of discussion was ways in which it could evolve into the
6  future.
7      Q. So going back to our table where we talk about
8  packet-centric protocol.
9      A. Okay. So we are referring back to Exhibit 4,
10  page 10 --
11      Q. Yes.
12      A. --ish? Ten, 11?
13      Q. You agree that, you agree with Motorola's
14  construction for "packet-centric protocol," correct?
15      A. Yes.
16      Q. You would agree that under Motorola's
17  construction, ATM is a packet-centric protocol.
18      A. Yes.
19      Q. True? You would also agree that a
20  circuit-switched protocol that used packets would also
21  be a packet-centric protocol.
22      A. I'm sorry; I actually said something wrong
23  just a moment ago. Allow me to correct myself.
24      We are discussing -- your question asked about
25  a packet-switching protocol, and the term to be

Page 100

1  construed is a "packet-centric protocol." So I want to
2  make sure we're talking about the same thing. And I, I
3  did -- I was not being, listening precisely enough to
4  the question that you asked.
5      So you asked a question about packet switched,
6  do I agree that ATM is packet switched. My statement
7  would be it is a packet-centric protocol, but it is a
8  connection-oriented protocol.
9      Q. You would agree that under Motorola's proposed
10  construction of "packet-centric protocol," a
11  circuit-oriented protocol that transmitted data units in
12  the form of packets would satisfy the definition. Maybe
13  I could try to restate that.
14      A. There was, there were several different pieces
15  there, so maybe we can build it up kind of piece by
16  piece.
17      Q. Do you agree that Motorola's proposed
18  construction of "packet-centric protocol" would read on
19  a circuit-oriented protocol that used packets?
20      A. Generally, the terminology that's used is
21  either circuit, circuit-based or circuit-switched or
22  connection-oriented, and you kind of included both of
23  those. So just to be, try and be precise, I would say
24  that it does -- a packet-centric protocol that was
25  connection-oriented yet still used packets as, you know,

Page 101

1  small units as the transmission units, so-called
2  packets, would qualify as a packet-centric protocol.
3      Q. Okay. Now let me try to -- I'll break it up.
4  And it wasn't done on purpose, but I understand where
5  we're -- I mixed the terms up.
6      Would you agree that a circuit-switched
7  protocol that used packets as a transmission unit would
8  qualify as a packet-centric protocol under Motorola's
9  proposed construction?
10      A. So we have packets, connection-oriented,
11  packet-switched?
12      Q. Circuit-switched protocol that used packets as
13  a transmission unit would qualify as a packet-centric
14  protocol under Motorola's definition.
15      A. Yes.
16      Q. You would also agree that under Motorola's
17  definition, a connection-oriented protocol that used
18  packets as a transmission unit would qualify as a
19  packet-centric protocol.
20      A. I'm trying -- you're making some distinctions,
21  and I'm kind of losing a little bit of focus on, on
22  each one of these elements that you're asking me
23  questions about. So I think you said -- maybe you
24  should just repeat it, slowly.
25      Q. Would a connection-oriented protocol that used

26  (Pages 98 to 101)

RANDY H. KATZ, Ph.D. – 7/17/2013

Page 102

1    packets as a transmission unit qualify as a
2    packet-centric protocol under Motorola's definition?
3        A. It would.
4        Q. Any protocol that used packets as a
5    transmission unit would qualify as a packet-centric
6    protocol under Motorola's proposed construction, true?
7        A. Yes.
8        Q. Let's go to page 11. The first term at the
9    top of page 11 is "packets to be communicated over said
10   wireless bandwidth." And actually, this is one where
11   there was an amended construction.
12       A. Uh-huh.
13       Q. So let's turn to -- okay. On page 14 there's
14   a table that includes both the original construction and
15   the amended construction. And I think the difference is
16   that we've added the phrase "each structured with a
17   header and a payload." That was added to Motorola's
18   construction.
19       A. I was going to ask you, who's "we," kemosabe.
20       Q. Sorry.
21       A. Yeah. I'm trying to remember . . . the key
22   difference being explicitly identifying the header and a
23   payload but also the use of the header and payload for
24   the purposes of transmission.
25          Yeah. The only, the only -- there's a new

Page 103

1    phrase, "each structured with a header and payload."
2        Q. You would agree that a packet includes a
3    header and a payload, true?
4        A. Yes.
5        Q. And the payload may actually include a header
6    from a higher layer in the system.
7        A. Yes.
8        Q. What is your interpretation of the phrase
9    "organized for transmission"?
10       A. That the bundles of data are organized in the,
11   in the network for a purpose, and that purpose is to
12   stage it, to hold it in readiness for the purposes of
13   sending it in an efficient fashion or receiving it in an
14   efficient fashion over the wireless bandwidth. So the,
15   the "organized" is about the staging of the data.
16       Q. When data is staged, as it traverses a
17   protocol stack, different headers may be attached to a
18   particular packet, true?
19       A. True.
20       Q. When, when this occurs, is it common to store
21   the header in one location of memory and the payload in
22   a different location of memory?
23          MR. SANDERS: Objection to form.
24          THE WITNESS: That is not common, in my, to my
25   knowledge.

Page 104

1    BY MR. ALBERTI:
2        Q. In your interpretation, does "organized for
3    transmission" mean that a packet header has to be stored
4    in an adjacent memory cell to a packet payload?
5          MR. SANDERS: Objection to form.
6          THE WITNESS: I don't view that as a
7    restriction.
8    BY MR. ALBERTI:
9        Q. So it would be fair to say that you could have
10   a packet organized for transmission with a packet header
11   stored in one location of memory and a packet payload
12   stored in another location of memory?
13       A. I guess hypothetically, you could. There are
14   inefficiencies associated with taking fast-arriving
15   things and splitting them and putting them in two
16   different places. So there could be efficiency reasons,
17   but . . . And it has to be assembled into one place for
18   successful transmission forward from, from wherever it's
19   currently stored. So I'm, I'm a little at a loss as to
20   what the motivation for splitting it would be. Is it
21   impossible to split it? It would be hard to say yes.
22       Q. Certainly you wouldn't exclude it from the
23   scope of the claim if a designer chose to store a packet
24   header in one location of RAM and packet payload in
25   another [unintelligible] --

Page 105

1          THE REPORTER: I'm sorry; I didn't understand
2    the last part of that question.
3          (Record read by the reporter:
4          Q. Certainly you wouldn't exclude it from
5          the scope of the claim if a designer chose
6          to store a packet header in one location
7          of RAM and packet payload in
8          another . . .)
9    BY MR. ALBERTI:
10       Q. . . . location of RAM and associate the two
11   with a pointer.
12          MR. SANDERS: Objection to form.
13          THE WITNESS: RAM being random access memory?
14   BY MR. ALBERTI:
15       Q. Yes.
16       A. It seems counterintuitive that that's a good
17   organization for transmission. I guess I'm sort of at a
18   loss for understanding the motivation for splitting it.
19   Why, why would a designer do that? What is the
20   efficiency to be gained by having it in two places?
21       Q. Are you, are you an expert --
22       A. I guess --
23       Q. -- in memory architecture?
24       A. Well, in a way, yes.
25          So does, does this absolutely exclude

27 (Pages 102 to 105)