IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-908 (SLR) |
| MOTOROLA MOBILITY LLC, | ) ) | **REDACTED – PUBLIC VERSION** |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS TO DEFENDANT MOTOROLA MOBILITY LLC'S OPENING BRIEF IN SUPPORT OF ITS *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERTS**

                                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                                        Jack B. Blumenfeld (#1014)
                                                        Stephen J. Kraftschik (#5623)
                                                        1201 North Market Street
                                                        P.O. Box 1347
                                                        Wilmington, DE 19899
                                                        (302) 658-9200
                                                        jblumenfeld@mnat.com
                                                        skraftschik@mnat.com
                                                        *Attorneys for Defendant Motorola Mobility LLC*

OF COUNSEL:

William H. Boice
Candice Decaire
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500

Steven Moore
Alton Absher III
Carl Sanders
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607-7300

Original Filing Date: July 26, 2013
Redacted Filing Date: August 7, 2013

**TABLE OF EXHIBITS**

| No. | Description |
|---|---|
| 1. | Rebuttal Expert Report of Dr. Hugh Smith Regarding Validity of U.S. Patent No. 7,810,144, dated June 7, 2013 |
| 2. | Rebuttal Expert Report of Darran Cairns Regarding the Validity of U.S. Patent No. 6,412,953, dated June 7, 2013 |
| 3. | Expert Report of Donald Alpert, Ph.D. Concerning Validity of U.S. Patent Number 7,120,462, dated June 7, 2013 |
| 4. | Expert Report of Jason Nieh Regarding Validity of U.S. Patent Nos. 6,557,054 and 6,658,464, dated June 7, 2013 |
| 5. | Expert Report of Jerry D. Gibson, Ph.D. Regarding Validity of U.S. Patent No. 7,409,450, dated June 7, 2013 |
| 6. | Excerpts from the Deposition of James Weisfield, dated June 5, 2013 |
| 7. | Excerpts from the Deposition of Donald Alpert, Ph.D., dated June 26, 2013 |
| 8. | Excerpts from the Deposition of Darran Cairns, dated July 17, 2013 |
| 9. | Excerpts from the Deposition of Hugh Smith, dated July 24, 2013 (rough ascii) |
| 10. | Plaintiff Intellectual Ventures I LLC's Fourth Supplemental Answers to Motorola Mobility LLC's First Set of Interrogatories, dated February 21, 2013 |
| 11. | Excerpts from the Deposition of Jerry D. Gibson, dated July 3, 2013 |