IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 11-908 (SLR) ) |
| MOTOROLA MOBILITY LLC, | ) REDACTED - ) PUBLIC VERSION |
| Defendant. | ) |

**APPENDIX TO DEFENDANT MOTOROLA MOBILITY LLC'S**
<u>**RESPONSIVE CLAIM CONSTRUCTION BRIEF**</u>

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | Jack B. Blumenfeld (#1014) |
|  | Stephen J. Kraftschik (#5623) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE 19899 |
|  | (302) 658-9200 |
|  | jblumenfeld@mnat.com |
| OF COUNSEL: | skraftschik@mnat.com |
|  | *Attorneys for Defendant Motorola Mobility LLC* |

William H. Boice
Candice Decaire
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500

Steven Moore
Alton Absher III
Carl Sanders
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607-7300

August 9, 2013 - Original Filing Date
August 16, 2013 - Redacted Filing Date

**TABLE OF EXHIBITS**

| No. | Description | Original Pagination | APP No. |
|---|---|---|---|
| 1. | Excerpts from the Deposition of Hugh Smith, dated July 24, 2013 | N/A | MMA0001-11 |
| 2. | Original Application from the '669 Parent | N/A | MMA0012-126 |
| 3. | Terminal Disclaimer | N/A | MMA0127-133 |
| 4. | Excerpts from the Deposition of Maurice Haff, dated March 1, 2013 | N/A | MMA0134-135 |
| 5. | Amendment to Allow Claims | N/A | MMA0136-192 |
| 6. | WareOnEarth Background | 144PATENT2762-2795 | MMA0193-226 |
| 7. | Declaration of Martin Rinard, dated August 8, 2013 | N/A | MMA0227-231 |
| 8. | Excerpts from the Deposition of Jerry Gibson, dated | N/A | MMA0232-239 |
| 9. | Excerpts from the Deposition of Jacob Jorgensen, dated July 3, 2013 | N/A | MMA0240-248 |
| 10. | Malibu Networks – Introduction to the WINAAR System Architecture | JORGENSEN5675-5715 | MMA0249-289 |
| 11. | Excerpts from the Deposition of Mark Seely, dated July 12, 2013 | N/A | MMA0290-292 |
| 12. | Excerpts from the Deposition of Katz, dated July 17, 2013 | N/A | MMA0293-299 |
| 13. | Microsoft Computer Dictionary | N/A | MMA0300-302 |
| 14. | Excerpts from the Deposition of Darran Cairns, dated July 17, 2013 | N/A | MMA0303-309 |
| 15. | Oxford English Dictionary, definition of Converter | N/A | MMA0310-312 |
| 16. | Declaration of Timothy Drabik, dated August 9, 2013 | N/A | MMA0313-316 |
| 17. | Expert Report of Jason Nieh, dated May 17, 2013 | N/A | MMA0317-322 |

2

| No. | Description | Original Pagination | APP No. |
|---|---|---|---|
| 18. | Supplemental Expert Report of Jason Nieh, dated June 21, 2013 | N/A | MMA0323-326 |
| 19. | Action Closing Prosecution in the Inter Partes Reexamination for the '462 Patent | N/A | MMA0327-349 |
| 20. | Excerpts from the Deposition of Donald Alpert, dated June 26, 2013 | N/A | MMA0350-354 |
| 21. | Excertps from the Expert Report of Donald J. Alpert, dated June 7, 2013 | N/A | MMA0355-357 |
| 22. | Excerpts from the Deposition of Kumar, dated February 12, 2013 | N/A | MMA0358-360 |
| 23. | Office Action Response dated August 26, 2005, for US Patent Application 09/719,290 | N/A | MMA0361-370 |
| 24. | Stevens, Unix Network Programming | N/A | MMA0371-374 |
| 25. | May 14, 2001 Amendment and Reply | N/A | MMA0375-391 |
| 26. | U.S. Patent 6,862,622 | N/A | MMA392-477 |
| 27. | Excerpts from the Expert Report of Darran Cairns, dated May 17, 2013 | N/A | MMA0478-526 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 9, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Rosemary J. Piergiovanni, Esquire<br>FARNAN LLP<br>919 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Ian N. Feinberg, Esquire<br>Margaret Elizabeth Day, Esquire<br>David L. Alberti, Esquire<br>Clayton Thompson, Esquire<br>Marc C. Belloli, Esquire<br>Sam Lim, Esquire<br>Yakov Zolotorez, Esquire<br>Leonard J. Augustine, Jr., Esquire<br>Peter Mikhail, Esquire<br>James Hall, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>1600 El Camino Real<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 16, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Rosemary J. Piergiovanni, Esquire<br>FARNAN LLP<br>919 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Ian N. Feinberg, Esquire<br>Margaret Elizabeth Day, Esquire<br>David L. Alberti, Esquire<br>Clayton Thompson, Esquire<br>Marc C. Belloli, Esquire<br>Sam Lim, Esquire<br>Yakov Zolotorez, Esquire<br>Leonard J. Augustine, Jr., Esquire<br>Peter Mikhail, Esquire<br>James Hall, Esquire<br>Nickolas Bohl, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>1600 El Camino Real<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)