IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-908 (SLR) |
| MOTOROLA MOBILITY LLC, | ) ) ) | REDACTED - PUBLIC VERSION |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**

OF COUNSEL:

William H. Boice
Candice Decaire
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500

Steven Moore
Alton Absher III
Carl Sanders
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607-7300

August 20, 2013 - Original Filing Date
August 27, 2013 - Redacted Filing Date

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com
*Attorneys for Defendant Motorola Mobility LLC*

## TABLE OF EXHIBITS

| No. | Description | Original Pagination | APP No. |
|---|---|---|---|
| 1. | Declaration of Martin Rinard, dated August 29, 2013 | N/A | IA0001-0041 |
| 2. | Excerpts from the Rebuttal Expert Report of Hugh Smith, dated June 7, 2013 | N/A | IA0042-0052 |
| 3. | Excerpts from the Deposition of Hugh Smith, dated July 24, 2013 | N/A | IA0053-0064 |
| 4. | U.S. Patent No. 5,379,340, Overend | MMI-IV015846-876 | IA0065-0095 |
| 5. | U.S. Patent No. 5,801,700, Ferguson | MMI-IV949281-291 | IA0096-0106 |
| 6. | Non-Repudiation With Mandatory Proof of Receipt, Coffey, Tom | MMI-IV1012968-980 | IA0107-0119 |
| 7. | U.S. Patent 6,559,911, Arakawa | MMI-IV0021126-142 | IA0120-0136 |
| 8. | Declaration of Dr. Timothy Drabik, dated August 20, 2013 | N/A/ | IA0137-0158 |
| 9. | Excerpts from the Deposition of Darran Cairns, dated July 17, 2013 |  | IA0159-0176 |
| 10. | Excerpts from the Rebuttal Report of Darran Cairns, dated June 7, 2013 | N/A | IA0177-0199 |
| 11. | Construction Dictionary - Linear Light Source | N/A | IA0200-0202 |
| 12. | U.S. Patent 5,499,112, Kawai | MMI-IV1046007 | IA0203-0266 |
| 13. | U.S. Patent Miyazaki |  |  |
| 14. | PCT Application WO 95/17692, Ouderkirk | MMI-IV1046095-137 | IA0279-0321 |
| 15. | JP H3-6525, Mukasa | MMI-IV0021143-147 | IA0322-0326 |
| 16. | Excerpts from the Expert Report of Jason Neih, dated June 7, 2013 | N/A | IA0327-0333 |
| 17. | Declaration of Dr. Brian Von Herzen, dated August 20, 2013 | N/A | IA0334-0421 |
| 18. | U.S. Patent 6,026,366, Grube | MMI-IV0949318-324 | IA0422-0428 |
| 19. | 2/1/2013 Action Closing Prosecution in Reexam No. 95/002,093 | N/A | IA0429-0475 |

| No. | Description | Original Pagination | APP No. |
|---|---|---|---|
| 20. | Patent Application 08/795905, Grube | N/A | IA0476-0489 |
| 21. | U.S. Patent 4,654,799, Ogaki | N/A | IA0490-0504 |
| 22. | Evaluating Dial-Up Internet Access Options, Reynolds, Dennis | N/A | IA0505-0512 |
| 23. | Declaration of Dr. Randy Howard Katz, dated August 19, 2013 | N/A | IA0513-0521 |
| 24. | Excerpts from the Expert Report of Jerry Gibson, dated June 7, 2013 | N/A | IA0522-0532 |
| 25. | Excerpts from the Deposition of Jerry Gibson, dated July 3, 2013 | N/A | IA0533-0539 |
| 26. | U.S. Patent 6,463,096, Raleigh | MMI-IV0955562-575 | IA0540-0553 |
| 27. | Provisional Patent Application, Riddle, et al | MMI-IV1048462-489 | IA0554-0581 |
| 28. | Exerpts from the Expert Report of Donald Alpert, dated June 7, 2013 | N/A | IA0582-0622 |
| 29. | U.S. Patent 5,436,857, Nelson | MMI-IV0101553-557 | IA0623-0627 |
| 30. | Excerpts from the Deposition of Donald Alpert, dated June 26, 2013 | N/A | IA0628-0630 |
| 31. | U.S. Patent 7,549,007, Smith | MMI-IV0101643-741 | IA0631-0729 |
| 32. | Excerpts from the Deposition of Jason Nieh, dated June 28, 2013 | N/A | IA0728-0733 |
| 33. | 5/1/2013 Action Closing Prosecution in Reexam No. 95/002,095 | N/A | IA0734-0758 |
| 34. | Exhibit A – Declaration of Brian Von Herzen regarding the US Patent 6,557,054 | N/A | IA0759-0774 |
| 35. | Exhibit B – Declaration of Brian Von Herzen regarding the US Patent 6,658,464 | N/A | IA0775-0789 |
| 36. | Excerpts from the Deposition of Brett Galloway, dated May 8, 2013 | N/A | IA0790-0793 |
| 37. | Excerpts from the Expert Report of Dr. Randy Howard Katz | N/A | IA0794-0805 |
| 38. | Excerpts from RFC 791 | N/A | IA0806-0810 |