IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) C.A. No. 11-908 (SLR) ) |
| MOTOROLA MOBILITY LLC, | ) REDACTED - ) PUBLIC VERSION ) |
| Defendant. | ) |

**APPENDIX TO OPENING BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR <u>SUMMARY JUDGMENT OF NON-INFRINGEMENT</u>**

OF COUNSEL:

William H. Boice
Candice Decaire
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309
(404) 815-6500

Steven Moore
Alton Absher III
Carl Sanders
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC  27101-2400
(336) 607-7300

September 10, 2013  - Original Filing Date
September 12, 2013 - Redacted Filing Date

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com
*Attorneys for Defendant Motorola Mobility LLC*

## TABLE OF EXHIBITS

| No. | Description | Original Pagination | APP No. |
|---|---|---|---|
| 1. | MMS Architecture, Open Mobile Alliance, Approved Version 1.3 | N/A | IA0811-813 |
| 2. | MMS 3GPP2 | IV-MMI79205-230 | IA0814-818 |
| 3. | MMS Client Transactions | IV-MMI79486-503 | IA0819-827 |
| 4. | Excerpts from the Deposition of Hugh Smith, dated July 24, 2013 | N/A | IA0828-834 |
| 5. | Declaration of Dr. Gwenael LeBodic, dated September 10, 2013 | N/A | IA0835-844 |
| 6. | Excerpts from the Expert Report of Hugh Smith | N/A | IA0845-876 |
| 7. | Excerpts from the Deposition of Andrzej Koziol, dated March 6, 2013 | N/A | IA0877-881 |
| 8. | Wireless Application Protocol - MMS Encapsulation Protocol, Version 05-Jan-2002 | IV-MMI79519-537 | IA0882-890 |
| 9. | Multimedia Messaging Service (MMS) Interoperability Tests | MMI-IV958746 | IA0891-893 |
| 10. | USCC MMS Requirements | MMI-IV956382 | IA0894-897 |
| 11. | Excerpts from the Deposition of Naveen Aerrabotu, dated March 26, 2013 | N/A | IA0898-900 |
| 12. | Excerpts from the Supplemental Expert Report of Hugh Smith | N/A | IA0901-902 |
| 13. | Email from D. Alberti to C Decaire re Location for Gibson Deposition | N/A | IA0903-904 |
| 14. | Excerpts from the Deposition of Michelle Koenig, dated April 19, 2013 | N/A | IA0905-907 |

| No. | Description | Original Pagination | APP No. |
|---|---|---|---|
| 15. | Excerpts from the Deposition of Jerry Gibson, dated July 3, 2013 | N/A | IA0908-924 |
| 16. | Excerpts from the Expert Report of Jerry Gibson | N/A | IA0925-934 |
| 17. | Excerpts from the Expert Report of Darran Cairns | N/A | IA0935-939 |
| 18. | Excerpts from the Deposition of Darran Cairns, dated July 17, 2013 | N/A | IA0940-949 |
| 19. | Declaration of Timothy J. Drabik, Ph.D., dated September 10, 2013 | N/A | IA0950-957 |
| 20. | Material Or Methods Specification for Atrix 2 | MMI977723-726 | IA0958-961 |
| 21. | Office Action, dated December 3, 2001 | N/A | IA0962-970 |
| 22. | Response To Office Action, dated December 3, 2001 | N/A | IA0971-978 |
| 23. | Declaration of Dr. Brian Von Herzen, dated September 10, 2013 | N/A | IA0979-981 |
| 24. | Excerpts from the Expert Report of Jason Nieh | N/A | IA0982-991 |
| 25. | Excerpts from the Supplemental Expert Report of Jason Nieh | N/A | IA0992-993 |
| 26. | Excerpts from the Deposition of Donald Alpert, dated June 26, 2013 | N/A | IA0994-998 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 12, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Rosemary J. Piergiovanni, Esquire<br>FARNAN LLP<br>919 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Ian N. Feinberg, Esquire<br>Margaret Elizabeth Day, Esquire<br>David L. Alberti, Esquire<br>Clayton Thompson, Esquire<br>Marc C. Belloli, Esquire<br>Sam Lim, Esquire<br>Yakov Zolotorez, Esquire<br>Leonard J. Augustine, Jr., Esquire<br>Peter Mikhail, Esquire<br>James Hall, Esquire<br>Nickolas Bohl, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>1600 El Camino Real<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)