IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-908 (SLR) |
| MOTOROLA MOBILITY LLC, | ) ) ) | **CONFIDENTIAL – FILED UNDER SEAL** |
| Defendant. | ) | |

**APPENDIX TO DEFENDANT MOTOROLA MOBILITY LLC'S
SUR-REPLY REGARDING CLAIM CONSTRUCTION**

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | Jack B. Blumenfeld (#1014) |
|  | Stephen J. Kraftschik (#5623) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899 |
|  | (302) 658-9200 |
|  | jblumenfeld@mnat.com |
| OF COUNSEL: | skraftschik@mnat.com |
|  | *Attorneys for Defendant Motorola Mobility LLC* |

William H. Boice
Candice Decaire
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309
(404) 815-6500

Steven Moore
Alton Absher III
Carl Sanders
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC  27101-2400
(336) 607-7300

September 6, 2013

## TABLE OF EXHIBITS

| No. | Description | Original Pagination | APP No. |
|---|---|---|---|
| 28. | Excerpts from the Deposition of Hugh Smith, dated July 24, 2013 | N/A | MMA0527-529 |
| 29. | Excerpts from the Deposition of Darran Cairns, dated July 17, 2013 | N/A | MMA0530-533 |
| 30. | Excerpts from the Deposition of Donald Alpert, dated June 26, 2013 | N/A | MMA0534-537 |
| 31. | Office Action Response, dated June 21, 2005 | N/A | MMA0538-548 |
| 32. | US Patent 5,436,857, Nelson | MMI-IV101553-557 | MMA0549-553 |
| 33. | Excerpts from the Deposition of Jerry Gibson, dated July 3, 2013 | N/A | MMA0554-570 |
| 34. | US 6,115,390, Chuah | N/A | MMA0571-629 |
| 35. | Declaration of Dr. Randy Katz, dated September 6, 2013 | N/A | MMA0630-635 |
| 36. | Declaration of Brian Von Herzen, dated September 6, 2013 | N/A | MMA0636-642 |
| 37. | Plaintiff's Opposition to MML's Motion to Transfer, 13-CV-61358, SD Fla. | N/A | MMA0643-667 |


## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 12, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Rosemary J. Piergiovanni, Esquire<br>FARNAN LLP<br>919 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Ian N. Feinberg, Esquire<br>Margaret Elizabeth Day, Esquire<br>David L. Alberti, Esquire<br>Clayton Thompson, Esquire<br>Marc C. Belloli, Esquire<br>Sam Lim, Esquire<br>Yakov Zolotorez, Esquire<br>Leonard J. Augustine, Jr., Esquire<br>Peter Mikhail, Esquire<br>James Hall, Esquire<br>Nickolas Bohl, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)