IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 11-908 (SLR) ) |
| MOTOROLA MOBILITY LLC, | ) REDACTED - ) PUBLIC VERSION |
| Defendant. | ) |

**APPENDIX TO DEFENDANT MOTOROLA MOBILITY LLC'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Jack B. Blumenfeld (#1014)<br>Stephen J. Kraftschik (#5623)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com |
| OF COUNSEL: | skraftschik@mnat.com<br>*Attorneys for Defendant Motorola Mobility LLC* |

William H. Boice
Candice Decaire
D. Clay Holloway
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500

Steven Moore
Alton Absher III
Carl Sanders
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607-7300

September 16, 2013 - Original Filing Date
September 23, 2013 - Redacted Filing Date

## **TABLE OF EXHIBITS**

| No. | Description | Original Pagination | APP No. |
|---|---|---|---|
| 36. | Excerpts from the deposition of Hugh Smith, dated July 24, 2013 | N/A | IA09999 |
| 37. | Excerpts from the deposition of Donald Alpert, dated June 26, 2013 | N/A | IA1000 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 16, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Rosemary J. Piergiovanni, Esquire<br>FARNAN LLP<br>919 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Ian N. Feinberg, Esquire<br>Margaret Elizabeth Day, Esquire<br>David L. Alberti, Esquire<br>Clayton Thompson, Esquire<br>Marc C. Belloli, Esquire<br>Sam Lim, Esquire<br>Yakov Zolotorez, Esquire<br>Leonard J. Augustine, Jr., Esquire<br>Peter Mikhail, Esquire<br>James Hall, Esquire<br>Nickolas Bohl, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>1600 El Camino Real<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 23, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Rosemary J. Piergiovanni, Esquire<br>FARNAN LLP<br>919 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Ian N. Feinberg, Esquire<br>Margaret Elizabeth Day, Esquire<br>David L. Alberti, Esquire<br>Clayton Thompson, Esquire<br>Marc C. Belloli, Esquire<br>Sam Lim, Esquire<br>Yakov Zolotorez, Esquire<br>Leonard J. Augustine, Jr., Esquire<br>Peter Mikhail, Esquire<br>James Hall, Esquire<br>Nickolas Bohl, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)