IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY, LLC,<br><br>Defendant. | Civil Action No. 11-cv-908-SLR-MPT<br><br><br><br>**FILED UNDER SEAL** |

### INTELLECTUAL VENTURES' CORRECTED APPENDIX OF EXHIBITS

OF COUNSEL:

Margaret Elizabeth Day
Ian N. Feinberg
David L. Alberti
Clayton Thompson
Sal Lim
Yakov Zolotorev
Marc Belloli
Peter Mikhail
Nickolas Bohl
FEINBERG DAY ALBERTI &
THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: (650) 618.4360
Facsimile: (650) 618.4368

October 7, 2013

FARNAN LLP
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302)777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiffs*
*Intellectual Ventures I LLC and*
*Intellectual Ventures II LLC*

## TABLE OF EXHIBITS

| Description | Bates Numbers |
|---|---|
| Declaration of Dr. Hugh Smith Regarding Validity of U.S. Patent No. 7,810,122 | |
| Excerpts from the Deposition of Martin Rinard | |
| Excerpts from the Deposition of Hugh Smith | |
| Excerpts from the Deposition of John Hawhood | |
| Excerpts from the Deposition of Maurice Haff | |
| Excerpts from the Expert Report of Jason Nieh Regarding Validity of U.S. Patent Nos. 6,557,054 and 6,658,464 | |
| Declaration of Jason Nieh Regarding Validity of U.S. Patent Nos. 6,557,054 and 6,658,464 | |
| Redline of Grube and Grube's Grandparent Application | |
| | OMITTED |
| | OMITTED |
| | OMITTED |
| Excerpts from the Deposition of Alvin Von Ruff | |
| Declaration of Jerry D. Gibson, Ph. D. Regarding Validity of U.S. Patent No. 7,409,450 and Related Exhibits | |
| Declaration of Jacob W. Jorgensen and Related Exhibit | |
| Declaration of Darran Cairns | |
| Excerpts from the Deposition of Darran Cairns | |
| Rebuttal Expert Report of Darran Cairns Regarding the Validity of U.S. Patent No. 6,412,953 | |
| Declaration of Donald Alpert, Ph.D. Regarding Validity of U.S. Patent No. 7,120,462 and related exhibits | |
| Declaration of Donald Alpert, Ph.D. Regarding | |

| | |
|---|---|
| Infringement of U.S. Patent No. 7,409,450 and related exhibits | |
| Declaration of Jerry D. Gibson, Ph.D. Regarding Infringement of U.S. Patent No. 7,409,450 and related exhibits | ▮ |
| Excerpts from the Expert Report of Jerry D. Gibson, Ph.D. Regarding Infringement of U.S. Patent No. 7,409,450 | ▮ |
| MMI-IV-1013221 IVA1079 | ▮ |
| MMI-IV-0141670 IVA1060 | ▮ |
| MMI-IV1013221 IVA1096 | ▮ |
| MMI-IV1013222 IVA1098 | ▮ |
| MMI-IV1013223 IVA1100 | ▮ |
| MMI-IV1013226 IVA1102 | ▮ |
| Declaration of Jason Nieh, Ph.D. Regarding Infringement of U.S. Patent Nos. 6,557,054 and 6,658,464 and related exhibits | ▮ |
| Excerpts from the deposition of Ficus Kilpatrick | ▮ |
| Excerpts from the deposition of Alvin von Ruff | ▮ |
| Excerpts from the deposition of Rajesh Rudraradhya | ▮ |
| IV-MMI-0084672-73 | ▮ |
| IV-MMI-95107-08 | ▮ |
| IV-MMI-99196 | ▮ |
| IV-MMI102987 (produced natively) | ▮ |
| MMI-IV5548 | ▮ |
| MMI-IV5632 | ▮ |
| MMI-IV5622 | ▮ |
| MMI-IV5464-65 | ▮ |
| Excerpts from Expert Report of David Stewart, Ph.D. | ▮ |
| Excerpts from the deposition of Jerry Gibson, Ph.D. | ▮ |
| Declaration of Dr. Hugh Smith Regarding Infringement of U.S. Patent No. 7,810,144 and related exhibits | ▮ |
| MMI-IV173084, 73091 | ▮ |
| MMI-IV956379 | ▮ |
| MMI-IV62463, 63074 | ▮ |
| Excerpts from the deposition of Dr. Hugh Smith | ▮ |
| Gwenael La Bodic, pp. 252-253 | ▮ |
| IV-MMI-79519, 79528 | ▮ |
| Excerpts from the deposition of Gwenael La Bodic | ▮ |
| Excerpts from the deposition of Sean Hoelzle | ▮ |
| Declaration of Thomas Bedics | ▮ |
| Excerpts from the deposition of Naveen Aerrabotu | ▮ |
| MMI-IV958476-958480 IVA1379 | ▮ |

| | |
|---|---|
| IV-MMI-79486 | |
| Declaration of Darran Cairns, Ph.D., Regarding Infringement of U.S. Patent No. 6,412,953 and related exhibits | |
| Excerpts from the deposition of Darran Cairns, Ph.D. | |
| Excerpts from the Expert Report of Darran Cairns, Ph.D., Regarding Infringement of U.S. Patent No. 6,412,953 | |
| Excerpts from the deposition of Timothy J. Drabik | |
| Excerpts from the deposition of Sen Yang | |
| Excerpts from the deposition of Zhiming "James" Zhang | |