IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLCTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>      Defendant. | Civ. No. 11-908-SLR |

**ORDER**

At Wilmington this 15th day of November, 2013, due to a conflict in the court's calendar;

IT IS ORDERED that the pretrial conference originally scheduled for Thursday, December 19, 2013, is hereby rescheduled to **Thursday, January 2, 2014, at 4:00 p.m.** in courtroom 2A on the 2nd Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge