IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC and<br>INTELLECTUAL VENTURES II, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY, LLC,<br><br>    Defendant. | Civ. No. 11-908-SLR |

# ORDER

At Wilmington this 2nd day of January 2014, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Motorola's motion of summary judgment of invalidity (D.I. 230) is granted in part and denied in part.

2. Motorola's motion of summary judgment of non-infringement (D.I. 252) is granted in part and denied in part.

                                                                       _____
                                                                        United States District Judge