IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA MOBILITY, LLC, <br><br> Defendant. | Civil Action No. 11-cv-908-SLR-MPT <br><br> JURY TRIAL DEMANDED |

## AMENDED JOINT SUBMISSION CONCERNING ASSERTED PATENTS, DEFENSES, AND PRIOR ART

Pursuant to paragraph 61 of the Court's Pretrial Order (D.I. 283, as ordered on January 2, 2014), the parties hereby submit the patent claims, defenses, and prior art references that will be asserted at the January 21, 2014, trial. The Court has limited the first trial to the U.S. Patent Nos. 7,120,462 ("the '462 patent"), 6,557,054 ("the '054 patent"), and 6,658,464 ("the '464 patent").

A. IV will assert the following patents and patent claims:

| Patent | Asserted Claims |
|---|---|
| '462 patent | Claims 1, 8, 10, 11, 13 |
| '054 patent | Claims 151, 159, 162, 181, 189, 192 |
| '464 patent | Claims 1, 8, 16, 17 |

B. Motorola plans to assert the following defenses:

| Patent | Asserted Defenses |
|---|---|
| '462 patent | Noninfringement; invalidity (anticipation, obviousness). |
| '054 patent | Noninfringement; invalidity (lack of written description, failure to enable, anticipation, obviousness). |
| '464 patent | Noninfringement; invalidity (lack of written description, failure to enable, anticipation, obviousness). |

C. Motorola plans to assert the following prior art references:

| Patent | Asserted Prior Art References |
|---|---|
| '462 patent | Kobayashi, Nelson, Smith, Boyle, Jenkins, and/or Ethridge. |
| '054 patent | CompuServe system, Bowen 1984, Bowen 1991, Jones 1987, CompuServe Press Release, CompuServe Q&A, Versteeg post, Diamond 1995, Reynolds 1993, Grube, Fawcett '214, Fawcett '617, and/or Boman. |
| '464 patent | CompuServe system, Bowen 1984, Bowen 1991, Jones 1987, CompuServe Press Release, CompuServe Q&A, Versteeg post, Diamond 1995, Reynolds 1993, Ogaki, Grube '067, Gilster, and/or Lichty. |

Dated: January 19, 2014

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19081-3032
(302) 777-0300
bfarnan@farnanlaw.com

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Margaret Elizabeth Day (*pro hac vice*)
Ian N. Feinberg (*pro hac vice*)
David L. Alberti (*pro hac vice*)
Clayton Thompson (*pro hac vice*)
Marc C. Belloli (*pro hac vice*)
Sal Lim (*pro hac vice*)
Yakov Zolotorev (*pro hac vice*)
FEINBERG DAY ALBERTI &
THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: (650) 618.4360
Facsimile: (650) 618.4368

*Attorneys for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC*

jblumenfeld@mnat.com

Steven D. Moore (pro hac vice)
William H. Boice (pro hac vice)
Jon R. Pierce (pro hac vice)
Alton L. Absher, III (pro hac vice)
Kilpatrick Townsend & Stockton LLP
smoore@kilpatricktownsend.com
bboice@kilpatricktownsend.com
jpierce@kilpatricktownsend.com
aabsher@kilpatricktownsend.com

*Attorneys for Motorola Mobility LLC*