IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLCTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>    Defendant. | Civ. No. 11-908-SLR |

**ORDER**

At Wilmington this 5th day of February, 2014,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for ten (10) jurors in the above captioned case for the dates of February 4-5, 2014.

United States District Judge

cc: Financial Administrator