# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

INTELLECTUAL VENTURES I LLC AND INTELLECTUAL
VENTURES II LLC, AND

V.

MOTOROLA MOBILITY LLC                          DEFENDANT'S EXHIBIT LIST

Case Number: 11-cv-908-SLR-MPT

| PLAINTIFF'S ATTORNEY Feinberg Day Alberti & Thompson LLP | | DEFENDANT'S ATTORNEY Kilpatrick Townsend & Stockton LLP | | . | |
|---|---|---|---|---|---|
| COURT REPORTER – Valerie Gunning | | COURTROOM DEPUTY – Francesca Scarpato | | | |
| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
| 1. | | | | Notice of Acceptance of Power of Attorney | N/A | N/A |
| 2. | | | | US Patent 5,436,857 - Nelson | N/A | N/A |
| 3. | 1/28/14 | No obj | yes | US Patent 7,549,007 - Smith  ( Drabik ) | N/A | N/A |
| 4. | | | | Certified Copy of Provisional Application No. 60/092,452 | IV-MMI0097718 | IV-MMI0097749 |
| 5. | | | | Motorola Lapdock 100 Product Brochure | N/A | N/A |
| 6. | | | | Materials or Methods Specifications for LapDock | MMI-IV0024131 | MMI-IV0024151 |
| 7. | | | | Lapdock 1.5 Product Brochure | MMI-IV0001722 | MMI-IV0001729 |
| 8. | 1/24/14 | No obj | yes | Materials or Methods Specifications for LapDock 2.0 Standard (Alper) | MMI-IV0017150 | MMI-IV0017181 |
| 9. | 1/27/14 | No obj | yes | Materials or Methods Specs for LapDock 2.0 Premium (Lapdock 500 Pro)  (Barber) | MMI-IV0017012 | MMI-IV0017043 |
| 10. | | | | US Patent 6,148,183 - Higdon | N/A | N/A |
| 11. | | | | Assembly -- Exploded View - 72014608006 | MMI-IV0021579 | MMI-IV0021585 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 12. | | | | Material or Methods Specs - 72014055003 | MMI-IV0950796 | MMI-IV0950871 |
| 13. | | | | Module Assembly - 72014604002 | MMI-IV0021539 | MMI-IV0021546 |
| 14. | | | | Material or Methods Specs - 71014250002 | MMI-IV0950524 | MMI-IV0950598 |
| 15. | | | | US Patent 6,104,454 - Hiyama | N/A | N/A |
| 16. | | | | 2001-12-03 Office Action re App No. 09/411,625 | N/A | N/A |
| 17. | | | | 2002-02-27 Amendment re App No. 09/411.625 | N/A | N/A |
| 18. | | | | IV Org Chart | IV-MMI0000402 | IV-MMI0000402 |
| 19. | | | | IV - Peter Detkin Background | N/A | N/A |
| 20. | | | | Funds - Intellectual Ventures Web Page | N/A | N/A |
| 21. | | | | US Patent 6,026,366 - Grube | MMI-IV0950189 | MMI-IV0950195 |
| 22. | | | | US Patent 5,201,067 - Grube | MMI-IV0950159 | MMI-IV0950165 |
| 23. | | | | Notice of Allowance re 08/950,502 | N/A | N/A |
| 24. | | | | Notice of References Cited re 08/950,502 | N/A | N/A |
| 25. | | | | Motorola marked up Field of Invention including schematic | N/A | N/A |
| 26. | | | | 2011-09-19 Office Action re 12/661,754 | N/A | N/A |
| 27. | | | | 2011-12-07 Amendment re 12/661,754 | N/A | N/A |
| 28. | | | | Inventor Agreement - IV Management LLC and Reisman | IV-MMI0045888 | IV-MMI0045899 |
| 29. | | | | Acquisition Notice - Khyber Technologies | IV-MMI0073611 | IV-MMI0073615 |
| 30. | | | | 2006-12-13 Ltr to Microsoft re acquisition of Khyber Tech by TransNet Capital | IV-MMI0044473 | IV-MMI0044481 |
| 31. | | | | NPI for Motorola Electrify - Sunfire - MB853 | MMI-IV0001037 | MMI-IV0001040 |
| 32. | | | | NPI for Motorola Atrix 2 - Edison UMTS - MB865/ME865 | MMI-IV0001733 | MMI-IV0001741 |
| 33. | | | | NPI for Motorola Atrix 4G - Olympus - MB860/MB861/ME860 | MMI-IV0005521 | MMI-IV0005533 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

 
| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 34. | | | | NPI for Motorola Atrix 2 - Edison UMTS - MB865/ME865 | MM-IV0001733 | MMI-IV0001741 |
| 35. | | | | NPI for Motorola Atrix HD - Dinara - MB886 | MMI-IV0952683 | MMI-IV0952688 |
| 36. | | | | Motorola XT886 Spec Sheet | IV-MMI0081477 | IV-MMI0081479 |
| 37. | | | | NPI for Motorola Milestone X - Sholes Tablet - XT720 | MMI-IV0008262 | MMI-IV0008268 |
| 38. | | | | NPI for Motorola Photon 4G - Sunfire WE/WiMAX - MB855 | MMI-IV0008926 | MMI-IV0008930 |
| 39. | | | | NPI for Motorola Photon Q 4G LTE - Asanti WE/LTE - XT896/XT897 | MMI-IV0953561 | MMI-IV0953565 |
| 40. | | | | NPI for Motorola Razr V - Yangtze - XT885/XT886 | MMI-IV0961142 | MMI-IV0961147 |
| 41. | | | | NPI for Motorola XPRT - Kronos WE - MB612 | MMI-IV0007936 | MMI-IV0007938 |
| 42. | | | | NPI for Motorola Electrify 2 - Yangtze WE (USC) - XT881 | MMI-IV0953222 | MMI-IV0953225 |
| 43. | | | | Finsky Universal Store - High Level Architecture | MMI-GOOG0001973 | MMI-GOOG0001974 |
| 44. | | | | Publishing Overview - Android Developers | N/A | N/A |
| 45. | | | | Publishing Checklist for Google Play | N/A | N/A |
| 46. | | | | Preparing for Release - Android Developer | N/A | N/A |
| 47. | | | | NPI Droid X - Shadow - MB810 | MMI-IV0002054 | MMI-IV0002057 |
| 48. | | | | NPI Motorola Triumph - Caynus CDMA - WX435 | MMI-IV0003633 | MMI-IV0003636 |
| 49. | | | | Motorola Defy XT - Spec Sheet | IV-MMI0081685 | IV-MMI0081687 |
| 50. | | | | Motorola Electrify M - Spec Sheet | IV-MMI0081720 | IV-MMI0081722 |
| 51. | | | | Device Engineering Software/Hardware Approval - Motorola Electrify MB853 | MMI-IV0217350 | MMI-IV0217356 |
| 52. | | | | NPI for Motorola Admiral - Pax CDMA - XT603 | MMI-IV0005025 | MMI-IV0005028 |
| 53. | | | | LinkedIn profile for Raj Kumar | N/A | N/A |
| 54. | | | | Printout of Khyber.com website | N/A | N/A |
| 55. | | | | Khyber Technologies website printout | N/A | N/A |
| 56. | | | | Printout of Khyber Technologies website | N/A | N/A |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 57. | | | | Provisional Patent Application | N/A | N/A |
| 58. | | | | Prototype (retained by counsel) | N/A | N/A |
| 59. | | | | Copy of Prosecution History, App. 09/719,290 | N/A | N/A |
| 60. | 1/28/14 | nabl | yes | U.S. Patent No. 5,436,857 - Nelson *(Drabik)* | N/A | N/A |
| 61. | 1/28/14 | nothi | yes | U.S. Patent No. 5,463,742 - Kobayashi *(Drabik)* | N/A | N/A |
| 62. | | | | Old Computers.net webpage | MMI-IV0953695 | MMI-IV0953702 |
| 63. | | | | Khyber Technologies; A Cure for Smartphone Commoditization | IV-MMI0049016 | IV-MMI0049016 |
| 64. | | | | Handset/Notebook Computer; A Khyber Innovation for Partners and Clients | KUMAR0000001 | KUMAR0000015 |
| 65. | | | | 2003-02-14 News 2001-2002 - Khyber Wins… | N/A | N/A |
| 66. | | | | Bio of Donald Merino | N/A | N/A |
| 67. | | | | 3/29/06 Patent Purchase Agreement between Twin Tech EU and BTG International, Inc. | IV-MMI0005175 | IV-MMI0005211 |
| 68. | | | | 2006-12-31 Twin Tech EU Profit Participation | IV-MMI0026303 | IV-MMI0026304 |
| 69. | | | | 2010-04-30 Profit Participation Audit | IV-MMI0047205 | IV-MMI0047246 |
| 70. | | | | 2007-11-07 Overview for Acer presentation | IV-MMI0008915 | IV-MMI0008989 |
| 71. | | | | Certificate of Translation for H8-107417 | MMI-IV0955538 | MMI-IV0955538 |
| 72. | | | | Spreadsheet - Test/User report for Atrix 4G | N/A | N/A |
| 73. | 1/27/14 | nothi, yes | | 2007-06-29 Email thread from Jerry Wang to Farzad Hiri re Motorola *(Oe+Ki P)* | IV-MMI0007698 | IV-MMI0007701 |
| 74. | | | | Organizational Chart | N/A | N/A |
| 75. | | | | 2011-10-06 Email from N Myhrvold to Larry Page, et al re Motorola and IV | MMI-IV0956778 | MMI-IV0956780 |
| 76. | | | | CV for Richard Reisman | REISMAN0047191 | REISMAN0047192 |
| 77. | | | | Bio of Richard Reisman | N/A | N/A |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.




| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 78. | | | | Dynashuttle Preliminary Outline Business Plan | REISMAN0087367 | REISMAN0087372 |
| 79. | | | | Dynashuttle Release | REISMAN0110049 | REISMAN0110049 |
| 80. | 1/27/14 | | | Teleshuttle Landmark Developments  (Reisman) | REISMAN0110084 | REISMAN0110084 |
| 81. | | | | Teleshuttle News | REISMAN0110085 | REISMAN0110085 |
| 82. | | | | Dynashuttle Inquiry Log | REISMAN0110166 | REISMAN0110167 |
| 83. | | | | Reisman on User-Centered Media | N/A | N/A |
| 84. | | | | 1996-07-10 email from Richard Reisman to Dick Nieuwenhuizen | REISMAN0049167 | REISMAN0049169 |
| 85. | 1/29/14 | No | yes | Motorola GMS Apps/Packages  (Rudraradnya) | MMI-IV0978032 | MMI-IV0978034 |
| 86. | | | | How to Add GMS to an Android build | MMI-IV0978035 | MMI-IV0978042 |
| 87. | | | | LinkedIn page for Kerry Smith | N/A | N/A |
| 88. | | | | 2007-01-24 Email from Raj Kumar to Stephen Owendoff re Khyber assets after sale to IV | IV-MMI0020026 | IV-MMI0020027 |
| 89. | | | | Unique Form-N-Functions Can Relieve Commoditization | IV-MMI0007457 | IV-MMI0007457 |
| 90. | | | | 2011-02-23 High-Impact Deals - Acquisitions Team | IV-MMI0008765 | IV-MMI0008777 |
| 91. | | | | Investment Approval Template | IV-MMI0005408 | IV-MMI0005413 |
| 92. | | | | Confirmatory Assignment of Patent Rights | IV-MMI0020097 | IV-MMI0020099 |
| 93. | | | | 2007-01-24 Email from Raj Kumar to Stephen Owendoff re Khyber assets after sale to IV | IV-MMI0020026 | IV-MMI0020027 |
| 94. | 1/29/14 | Nov6) | yes | Bowen, et al, How to get the Most Out of CompuServe Book Copy  (Tieux) | MMI-IV0012128 | MMI-IV0012417 |
| 95. | | | | Final Approval for Motorola | MMI-IV0139002 | MMI-IV0139002 |
| 96. | | | | Invention Investment Fund I, LP - Acquisition Notice | IV-MMI0016525 | IV-MMI0016532 |
| 97. | | | | Invention Investment Fund I, LP - Acquisition Notice | IV-MMI0020019 | IV-MMI0020023 |
| 98. | | | | CD-ROM - Blockbuster Release | REISMAN0110046 | REISMAN0110047 |
| 99. | | | | Lap Dock Specification | MMI-IV0024131 | MMI-IV0024151 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 100. | | | | Lapdock 1.5 Product Overview | MMI-IV0001725 | |
| 101. | 1/28/14 | obj | yes | Lapdock 1.5 Specification     (Drabik) | MMI-IV0017086 | |
| 102. | | | | Lapdock 500 Pro Dashboard | MMI-IV0025439 | |
| 103. | | | | Motorola Lapdock User's Guide | IV-MMI0095178 | IV-MMI0095194 |
| 104. | | | | US Patent 5,961,198 - Hira | MMI-IV0011048 | MMI-IV0011076 |
| 105. | | | | US Patent 6,172,809 - Koike | MMI-IV0011188 | MMI-IV0011233 |
| 106. | | | | US Patent 6,504,589 - Kashima | MMI-IV0021112 | MMI-IV0021125 |
| 107. | | | | Kylanpaa, Markku, et al., "Nomadic Access to Information Services by a GSM Phone," Comput. & Graphics, Vol. 20 1996 | MMI-IV0950369 | MMI-IV0950376 |
| 108. | | | | Material or Methods Specification - LapDock | MMI-IV0024131 | MMI-IV0024151 |
| 109. | | | | Material or Methods Specification - LapDock 2.0 | MMI-IV0017150 | MMI-IV0017181 |
| 110. | | | | Material or Methods Specification, Lapdock 2.0 | MMI-IV0017012 | MMI-IV0017043 |
| 111. | | | | Lapdock 500 User Manual | IV-MMI0086600 | IV-MMI0086615 |
| 112. | | | | Material or Methods Specification - Attach | MMI-IV0031849 | MMI-IV0031869 |
| 113. | 1/24/14 | Noobj | yes | Material or Methods Specification - Attach   (Alpert) | MMI-IV0032975 | MMI-IV0032996 |
| 114. | | | | Phase B Circuit Changes | MMI-IV0024619 | MMI-IV0024623 |
| 115. | | | | Material or Methods Specifications - Lap Dock | MMI-IV0032014 | MMI-IV0032032 |
| 116. | | | | Khyber Technologies Oct. 2010 (Exh. A to First Rog Response) | N/A | N/A |
| 117. | | | | AT&T Test Section Report | MMI-IV0958477 | MMI-IV0958477 |
| 118. | | | | AT&T Test Section Report | MMI-IV0958478 | MMI-IV0958478 |
| 119. | | | | U.S. Patent No. 6,029,183 - Jenkins | MMI-IV0012608 | MMI-IV0012619 |
| 120. | 1/28/14 | No obj | yes | U.S. Patent No. 5,323,291 - Boyle   (Drabik) | MMI-IV0012517 | MMI-IV0012549 |
| 121. | | | | Toshiba Satellite Pro 430CDS/430CDT Product Specification | MMI-IV0012827 | MMI-IV0012829 |
| 122. | 1/28/14 | Noobj | yes | U.S. Patent No. 5,798,733 - Ethridge   (Drabik) | MMI-IV0101558 | MMI-IV0101584 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

 
| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 123. | | | | U.S. Patent No. 5,555,491 - Tao | MMI-IV0012875 | MMI-IV0012889 |
| 124. | | | | U.S. Patent No. 5,983,073 - Ditzik | MMI-IV0101585 | MMI-IV0101603 |
| 125. | | | | US Patent Application No. 08/977,376 | MMI-IV1046727 | MMI-IV1046885 |
| 126. | | | | US Provisional Patent Application No. 60/066,864 | MMI-IV1048462 | MMI-IV1048503 |
| 127. | | | | US Provisional Patent Application No. 60/090,939 | MMI-IV1046886 | MMI-IV1047619 |
| 128. | | | | US Patent 5,926,458 | MMI-IV1048556 | MMI-IV1048568 |
| 129. | | | | US Patent 6,125,397 | MMI-IV1048569 | MMI-IV1048607 |
| 130. | | | | Prosecution File History for US Patent 6,862,622 | N/A | N/A |
| 131. | | | | Compuserve Source Code File - GOTO.b36 | MMI-IV0101808 | MMI-IV0101846 |
| 132. | 1/29/14 | Noob | yes (Trevor) | Compuserve Source Code File - dppver.c | MMI-IV0101802 | MMI-IV0101807 |
| 133. | 1/29/14 | Noob | yes (Trevor) | Compuserve Source Code File - VERS1.HI | MMI-IV0101876 | MMI-IV0101877 |
| 134. | | | | Compuserve Source Code File - VERS2.HI | MMI-IV0101878 | MMI-IV0101879 |
| 135. | | | | Compuserve Source Code File - dppdlg.c | MMI-IV0101775 | MMI-IV0101785 |
| 136. | | | | Compuserve Source Code File - dhmfil.b36 | MMI-IV0101742 | MMI-IV0101774 |
| 137. | | | | Compuserve Source Code File - dpploc.h | MMI-IV0101786 | MMI-IV0101791 |
| 138. | | | | Compuserve Source Code File - hmidpp.h | MMI-IV0101847 | MMI-IV0101875 |
| 139. | | | | Compuserve Source Code File - dpppro.c | MMI-IV0101792 | MMI-IV0101801 |
| 140. | | | | U.S. Patent 6,026,366 - Grube | MMI-IV0949318 | MMI-IV0949324 |
| 141. | | | | U.S. App. No. 08/124,616 | MMI-IV0949339 | MMI-IV0949359 |
| 142. | | | | Charles Bowen and David Peyton, "How to Get the Most Out of CompuServe" Bantam Books, Aug. 1984 | MMI-IV0012128 | MMI-IV0012417 |
| 143. | 2/3/14 | Noob | yes Nieh (Nieh) | "I Didn't Know I Could Do That on CompuServe," 1993 | MMI-IV0012421 | MMI-IV0012423 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 144. | | | | Use the Brains Your IBM Wasn't Born With by CompuServe PC Magazine, Oct. 14, 1986 | MMI-IV0012438 | MMI-IV0012438 |
| 145. | | | | Jeffrey L. Hopkins, "CompuServe for IAPPP Announcements," 1984 I.A.P.P.P. Symposium in Big Bear | MMI-IV0011993 | MMI-IV0011994 |
| 146. | 1/29/14 | Subj to mtn disc moob | Yes | Robert Snowdon Jones, "Compuserve Users Receive Crosstalk Forum," InfoWorld, Sept. 21, 1987  (von Herzen) | MMI-IV0012424 | MMI-IV0012424 |
| 147. | | | | Tim Greene, "CompuServe Offers Internet, IP Services," Network World, July 3, 1995 at 13 | MMI-IV0012435 | MMI-IV0012435 |
| 148. | | | | Tim Berners-Lee and Daniel Connolly, "Hypertext Markup Language (HTML): A Representation of Textual Information and Meta Information for Retrieval and Interchange," Internet Draft Version 1.2 (June 1993). | MMI-IV0950196 | MMI-IV0950237 |
| 149. | 1/30/14 | Noobj | Yes | Dennis J. Reynolds, "Evaluating Dial-Up Internet Access Options," Computers in Libraries, 1993.  (von Herzen) | MMI-IV1090946 | MMI-IV0109053 |
| 150. | 1/29/14 | Noobj | Yes | April 1, 1994 message from Gerard Versteeg to Newsgroup alt.internet.services re: Compuserve access via Internet. (Trevor) | MMI-IV0978335 | MMI-IV0978337 |
| 151. | 1/29/14 | Noobj | Yes | CompuServe Press Release: CompuServe Extends Information Superhighway with Enhanced Internet Access, March 8, 1994 (Trevor) | MMI-IV0978329 | MMI-IV0978330 |
| 152. | 2/3/14 | Noobj | Yes | CompuServe Press Release: Questions & Answers Regarding (Nich) CompuServe's Announcement of Internet Services, March 15, 1994 | MMI-IV0978331 | MMI-IV0978334 |
| 153. | 1/29/14 | Noobj | Yes | Bowen & Payton, "How to Get the Most Out of CompuServe," 5th ed., 1991; (Trevor) | MMI-IV1091624 | MMI-IV1092098 |
| 154. | 1/21/14 | Noobj | Yes | Joel Diamond, "Giving CompuServe a Chance," Network World, May 15, 1995. | MMI-IV1092254 | MMI-IV1092256 |
| 155. | 1/6/14 | Noobj | Yes | U.S. Patent 4,654,799 - Ogaki  (von Herzen) | MMI-IV0950166 | MMI-IV0950180 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

 

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 156. | | | | The Mosaic Navigator:  The Essential Guide to the Internet Interface, by Paul Gilster, John Wiley & Sons, Inc. 1st ed. 1995 | MMI-IV0949906 | MMI-IV0950158 |
| 157. | | | | The Official America Online for Macintosh Tour Guide, by Tom Lichty, Ventana Press, 2d ed. 1994 | MMI-IV0949860 | MMI-IV0949905 |
| 158. | | | | Richard R. Reisman Biography (date of access 12/17/2012) | N/A | N/A |
| 159. | | | | Dynashuttle Q&A | REISMAN0028953 | REISMAN0028956 |
| 160. | | | | Teleshuttle, Formerly Dynashuttle Corp, Annonces CD-ROM/Online Hybrids for Vista Intermedia and Electronic Book Technologies | REISMAN0110061 | REISMAN0110061 |
| 161. | | | | Teleshuttle Landmark Developments | REISMAN0110084 | REISMAN0110084 |
| 162. | | | | April 28, 1995 Letter re Preliminary agreement to license Teleshuttle software for Blockbuster disc project | REISMAN0110026 | REISMAN0110028 |
| 163. | | | | Master Purchase, License and Service Agreement between Teleshuttle and UNET2 Corporation | REISMAN0110030 | REISMAN0110045 |
| 164. | | | | Declaration for Single Inventor for Patent Application | APPLE00041236 | APPLE00041237 |
| 165. | | | | U.S. Patent Application 08/251,724 Prosecution File History | APPLE00041104 | APPLE00041698 |
| 166. | | | | Teleshuttle Mass Transit on the Info-Highway Now | REISMAN0110064 | REISMAN0110065 |
| 167. | | | | Teleshuttle VIEWS Plug-in for CD/Online Updates | REISMAN0110485 | REISMAN0110486 |
| 168. | | | | Typed Notes Characterizing Patent | REISMAN0018737 | REISMAN0018737 |
| 169. | | | | Curriculum Vitae and Testimony of Timothy J. Drabik, Ph.D. | N/A | N/A |
| 170. | | | | Curriculum Vitae of Brian Von Herzen, Ph.D. | N/A | N/A |
| 171. | | | | Intellectual Ventures Comments on This American Life story | MMI-IV1092099 | MMI-IV1092105 |
| 172. | | | | Myhrvold Subcommittee Testimony | MMI-IV1092126 | MMI-IV1092156 |
| 173. | | | | Reuters Article | MMI-IV1092157 | MMI-IV1092158 |
| 174. | | | | 6:2009-cv-00260, Intellectual Ventures Management LLC (Intv) Cheetah Omni LLC v Verizon Communications, filed June 9, 2009 | MMI-IV1093382 | MMI-IV1093387 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 175. | | | | 1:2010-cv-01067, Intellectual Ventures I LLC v. Symantec Corporation et al., filed December 8, 2010 | MMI-IV1092324 | MMI-IV1092337 |
| 176. | | | | 1:2010-cv-01065, Intellectual Ventures I LLC, et al v. Altera Corporation et al, filed December 8, 2010 | MMI-IV1092291 | MMI-IV1092302 |
| 177. | | | | 1:2010-cv-01066, Intellectual Ventures I LLC et al v. Hynix Semiconductor Inc. et al, filed December 8, 2010 | MMI-IV1092303 | MMI-IV1092323 |
| 178. | | | | 5:2011-cv-00671, Xilinx, Inc. v. Invention Investment Fund I LP et al, filed Febuary 14, 2011 | MMI-IV1093321 | MMI-IV1093353 |
| 179. | | | | 1:2011-cv-00528, Choate v. Intellectual Ventures LLC, filed March 14, 2011 | MMI-IV1092338 | MMI-IV1092352 |
| 180. | | | | 2:2011-cv-01145, Intellectual Ventures I LLC et al v. Hynix Semiconductor Inc. et al, filed July 11, 2011 | MMI-IV1093094 | MMI-IV1093111 |
| 181. | | | | 1:2011-cv-00623, Elpida Memory Inc. et al v. Intellectual Ventures I LLC et al, filed July 14, 2011 | MMI-IV1092353 | MMI-IV1092359 |
| 182. | | | | 1:2011-cv-00666, Xilinx, Inc. v. Invention Investment Fund I LP et al, filed July 28, 2011 | MMI-IV1092360 | MMI-IV1092392 |
| 183. | | | | 5:2011-cv-04407, Xilinx, Inc v. Intellectual Ventures Management, LLC et al, filed September 2, 2011 | MMI-IV1093354 | MMI-IV1093381 |
| 184. | | | | 1:2011-cv-00792, Intellectual Ventures I LLC et al v. Canon Inc. et al, filed September 9, 2011 | MMI-IV1092393 | MMI-IV1092408 |
| 185. | | | | 1:2011-cv-01025, Intellectual Ventures I LLC et al v. Nikon Corporation et al, filed October 26, 2011 | MMI-IV1092409 | MMI-IV1092417 |
| 186. | | | | 1:2012-cv-00193, Intellectual Ventures I LLC et al v. AT&T Mobility LLC et al, filed February 16, 2012 | MMI-IV1092418 | MMI-IV1092441 |
| 187. | | | | 1:2012-cv-01581, Intellectual Ventures I LLC v. Trend Micro Incorporated et al, filed November 21, 2012 | MMI-IV1092442 | MMI-IV1092455 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.




| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 188. | | | | 1:2013-cv-00116, Intellectual Ventures II LLC v. AT&T Corp., filed February 8, 2013 | MMI-IV1092456 | MMI-IV1092509 |
| 189. | | | | 1:2013-cv-00118, Intellectual Ventures II LLC v. CenturyTel Broadband Services, et al, filed February 8, 2013 | MMI-IV1092510 | MMI-IV1092560 |
| 190. | | | | 1:2013-cv-00119, Intellectual Ventures II LLC v. Windstream Communications Telecom, LLC et al, filed February 8, 2013 | MMI-IV1092561 | MMI-IV1092609 |
| 191. | | | | 1:2013-cv-00440, Intellectual Ventures I LLC v. Symantec Corp., filed March 18, 2013 | MMI-IV1092627 | MMI-IV1092635 |
| 192. | | | | 1:2013-cv-00453, Intellectual Ventures I LLC et al v. Toshiba Corporation et al, filed March 20, 2013 | MMI-IV1092636 | MMI-IV1092662 |
| 193. | | | | 1:2013-cv-00473, Intellectual Ventures I LLC et al v. Canon Inc. et al., filed March 25, 2013 | MMI-IV1092663 | MMI-IV1092688 |
| 194. | | | | 1:2013-cv-00474, Intellectual Ventures I LLC et al v. Ricoh Company Ltd. et al, filed March 25, 2013 | MMI-IV1092689 | MMI-IV1092710 |
| 195. | | | | 1:2013-cv-00534, Intellectual Ventures I LLC v. Rea, filed April 30, 2013 | MMI-IV1092711 | MMI-IV1092719 |
| 196. | | | | 8:2013-cv-00167, Intellectual Ventures II LLC v. First National Bank of Omaha, filed May 29, 2013 | MMI-IV1093388 | MMI-IV1093400 |
| 197. | | | | 2:2013-cv-00740, Intellectual Ventures I LLC et al v. PNC Financial Services Group, Inc. et al, filed May 29, 2013 | MMI-IV1093112 | MMI-IV1093125 |
| 198. | | | | 1:2013-cv-03777, Intellectual Ventures II L.L.C. v. JP Morgan Chase & Co. et al, filed June 4, 2013 | MMI-IV1093037 | MMI-IV1093054 |
| 199. | | | | 1:2013-cv-00378, Intellectual Ventures I, LLC et al v. Fifth Third Bancorp et al, filed June 4, 2013 | MMI-IV1092610 | MMI-IV1092626 |
| 200. | | | | 2:2013-cv-01106, Intellectual Ventures II LLC v. BBVA Compass Bancshares Inc et al, filed June 12, 2013 | MMI-IV1093139 | MMI-IV1093290 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 201. | | | | 3:2013-cv-00358, Intellectual Ventures I, LLC et al v. Bank of America et al, June 12, 2013 | MMI-IV1093304 | MMI-IV1093320 |
| 202. | | | | 1:2013-cv-22191, Intellectual Ventures I LLC et al v. Motorola Mobility LLC, June 19, 2013 | MMI-IV1093075 | MMI-IV1093093 |
| 203. | | | | 0:2013-cv-61358, Intellectual Ventures I LLC et al v. Motorola Mobility LLC, June 19, 2013 | MMI-IV1092272 | MMI-IV1092290 |
| 204. | | | | 1:2013-cv-00740, Intellectual Ventures I LLC et al v. Capital One Financial Corporation et al, filed June 19, 2013 | MMI-IV1092720 | MMI-IV1092736 |
| 205. | | | | 2:2013-cv-04160, Intellectual Ventures II LLC v. Commerce Bancshares, Inc. et al, filed June 20, 2013 | MMI-IV1093291 | MMI-IV1093303 |
| 206. | | | | 1:2013-cv-01274, Intellectual Ventures I LLC et al v. Manufacturers and Traders Trust Company, filed July 24, 2013 | MMI-IV1092737 | MMI-IV1092752 |
| 207. | | | | 1:2013-cv-02454, Intellectual Ventures II LLC v. SunTrust Banks, Inc. et al, July 24, 2013 | MMI-IV1093017 | MMI-IV1093036 |
| 208. | | | | 0:2013-cv-02071, Intellectual Ventures II LLC v. U.S. Bancorp et al, filed July 31, 2013 | MMI-IV1092257 | MMI-IV1092271 |
| 209. | | | | 1:2013-cv-05386, Intellectual Ventures I LLC et al v. HSBC USA Inc. et al, filed August 1, 2013 | MMI-IV1093055 | MMI-IV1093074 |
| 210. | | | | 2:2013-cv-00785, Intellectual Ventures II LLC v. Huntington Bancshares Incorporated et al, August 7, 2013 | MMI-IV1093126 | MMI-IV1093138 |
| 211. | | | | 1:2013-cv-01631, Intellectual Ventures II LLC v. AT&T Mobility LLC et al, October 1, 2013 | MMI-IV1092753 | MMI-IV1092763 |
| 212. | | | | 1:2013-cv-01632, Intellectual Ventures I LLC v. T-Mobile USA Inc. et al, , October 1, 2013 | MMI-IV1092764 | MMI-IV1092790 |
| 213. | | | | 1:2013-cv-01633, Intellectual Ventures II LLC v. T-Mobile USA Inc. et al, , October 1, 2013 | MMI-IV1092791 | MMI-IV1092803 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.




| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 214. | | | | 1:2013-cv-01634, Intellectual Ventures I LLC v. Nextel Operations Inc. et al, , October 1, 2013 | MMI-IV1092804 | MMI-IV1092827 |
| 215. | | | | 1:2013-cv-01635, Intellectual Ventures II LLC v. Nextel Operations Inc. et al, , October 1, 2013 | MMI-IV1092828 | MMI-IV1092839 |
| 216. | | | | 1:2013-cv-01636, Intellectual Ventures I LLC v. United States Cellular Corporation, , October 1, 2013 | MMI-IV1092840 | MMI-IV1092855 |
| 217. | | | | 1:2013-cv-01637, Intellectual Ventures II LLC v. United States Cellular Corporation, , October 1, 2013 | MMI-IV1092856 | MMI-IV1092866 |
| 218. | | | | 1:2013-cv-01649, Intellectual Ventures I LLC et al v. AT&T Mobility LLC et al, filed October 4, 2013 | MMI-IV1092867 | MMI-IV1092883 |
| 219. | | | | 1:2013-cv-01650, Intellectual Ventures I LLC et al v. Leap Wireless International Inc. et al, filed October 4, 2013 | MMI-IV1092884 | MMI-IV1092897 |
| 220. | | | | 1:2013-cv-01652, Intellectual Ventures I LLC et al v. Nextel Operations Inc. et al, filed October 4, 2013 | MMI-IV1092898 | MMI-IV1092911 |
| 221. | | | | 1:2013-cv-01654, Intellectual Ventures I LLC et al v. T-Mobile USA Inc. et al, filed October 4, 2013 | MMI-IV1092912 | MMI-IV1092925 |
| 222. | | | | 1:2013-cv-01655, Intellectual Ventures I LLC et al. v. United States Cellular Corporation, filed October 4, 2013 | MMI-IV1092926 | MMI-IV1092939 |
| 223. | | | | 1:2013-cv-01668, Intellectual Ventures I LLC et al v. AT & T Mobility LLC et al, October 7, 2013 | MMI-IV1092940 | MMI-IV1092957 |
| 224. | | | | 1:2013-cv-01669, Intellectual Ventures I LLC et al v. Leap Wireless International Inc. et al, October 7, 2013 | MMI-IV1092958 | MMI-IV1092972 |
| 225. | | | | 1:2013-cv-01670, Intellectual Ventures I LLC et al v. Nextel Operations Inc. et al, October 7, 2013 | MMI-IV1092973 | MMI-IV1092986 |
| 226. | | | | 1:2013-cv-01671, Intellectual Ventures I LLC et al v. T-Mobile USA Inc. et al., October 7, 2013 | MMI-IV1092987 | MMI-IV1093001 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 227. | | | | 1:2013-cv-01672, Intellectual Ventures I LLC et al v. United States Cellular Corporation, October 7, 2013 | MMI-IV1093002 | MMI-IV1093016 |
| 228. | | | | Google Mobile Services Test Suite | MMI-IV0978043 | MMI-IV0978051 |
| 229. | 1/29/14 | Nodj | Yes | 50 Greatest Gadgets   (Drabit) | MMI-IV1093403 | MMI-IV1093423 |
| 230. | | | | U.S. Patent 5,161,041 - Abileah | MMI-IV1092235 | MMI-IV1092247 |
| 231. | | | | IV Patent List | MMI-IV1093892 | MMI-IV1093892 |
| 232. | | | | IV Reveals list of thousands of patents, Inside Counsel | MMI-IV1093424 | MMI-IV1093426 |
| 233. | | | | File History for the US 6,219,669 | IV-MMI0112944 | IV-MMI0116820 |
| 234. | | | | Spreadsheet - Test/User report for Atrix 4G | MMI-IV1093893 | MMI-IV1093893 |
| 235. | | | | Khyber Technologies Corporation - The Docking Display | MMI-IV1093432 | MMI-IV1093432 |
| 236. | | | | SSR Results | MMI-IV1093884 | MMI-IV1093887 |
| 237. | | | | 2011-10-06 Notice Letter from M Beloli to Motorola | MMI-IV1093401 | MMI-IV1093402 |
| 238. | | | | Motorola Atrix 4G | N/A | N/A |
| 239. | 1/24/14 | Nodbi | Yes | Motorola Photon G   (Alpert) same as PTX 42 | N/A | N/A |
| 240. | 1/28/14 | | | Motorola Admiral | N/A | N/A |
| 241. | | | | Motorola Electrify | N/A | N/A |
| 242. | | | | Motorola Titanium | N/A | N/A |
| 243. | 1/24/14 | Nodbi | Yes | Lapdock 100   (Alpert)   Same as PTX58 | N/A | N/A |
| 244. | | | | IV Patent List | MMI-IV1093892 | MMI-IV1093892 |
| 245. | | | | IV Press Release - IV Reveals List of Thousands of Patents | MMI-IV1093424 | MMI-IV1093426 |
| 246. | | | | Editorial Staff, CrossTalk for Windows, CSAL Programmer's Guide | N/A | N/A |
| 247. | | | | 2013-02-21 - Intellectual Ventures I LLC's 4th Supplemental Answers to MML's 1st Set of Interrogatories | N/A | N/A |
| 248. | | | | CompuServe Source Code Directory Listings | MMI-IV-0978364 | MMI-IV-0978364 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 249. | | | | CompuServe Source Code Directory Listings | MMI-IV-0978365 | MMI-IV-0978365 |
| 250. | | | | Plaintiffs' Rule 7.1 Disclosure Statement | N/A | N/A |
| 251. | | | | US Patent 5,694,546 - Reisman | N/A | N/A |
| 252. | | | | March 16, 2009 Continuation of Presentation - Comcast | IV-MMI0005469 | IV-MMI0005598 |
| 253. | | | | March 2012 Intellectual Ventures Update to SONY | IV-MMI0008711 | IV-MMI0008764 |
| 254. | | | | April 2012 U.S. Patent 6,557,054 (Reisman) & Sharp Remote Software Installation | IV-MMI0008889 | IV-MMI0008914 |
| 255. | | | | November 7, 2007 Intellectual Ventures Overview for Acer | IV-MMI0008915 | IV-MMI0008989 |
| 256. | | | | WITHDRAWN | N/A | N/A |
| 257. | | | | WITHDRAWN | N/A | N/A |
| 258. | | | | (Draft) US 6,658,464 (Reisman) Nintendo Wii Virtual Console | IV-MMI0052372 | IV-MMI0052383 |
| 259. | | | | US Patent 6,658,464 - Dish Network | IV-MMI0066061 | IV-MMI0066068 |
| 260. | | | | Notice of Allowance re 13/343,304 | N/A | N/A |
| 261. | | | | Request for Continued Examination/IDS re 13/343,304 | N/A | N/A |
| 262. | | | | November 29, 2013 Reply to Office Action re 13/343,304 | N/A | N/A |
| 263. | | | | Teleshuttle: Blockbuster Video Guide to Movies & Video | N/A | N/A |
| 264. | 1/27/14 | noobj | yes | Business Summary  (Reisman) | REISMAN0053789 | REISMAN0053800 |
| 265. | | | | US Patent 6,125,388 | IV-MMI0047547 | IV-MMI0047579 |
| 266. | 1/27/14 | noobj | ye S | US Patent 6,594,692  (Reisman) | IV-MMI0047640 | IV-MMI0047694 |
| 267. | | | | Excerpt from the Prosecution File History for CIP 08/641,010 | IV-MMI0052862 | IV-MMI0053071 |
| 268. | 1/27/14 | Noobj | Ye S | General Schematic of IVM Management and IIF Licensing Structure (De+Kin) | IV-MMI0000712 | IV-MMI0000712 |
| 269. | | | | CompuServe Information Service | REISMAN0089835 | REISMAN0089849 |
| 270. | 1/27/14 | noobj | yes | Jan 27, 1998 letter to C Rosario  (Reisman) | IV-MMI0091954 | IV-MMI0091954 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| | | | | In addition, Motorola Mobility submits the exhibits listed below subject to its evidentiary motions, including *Daubert* and *in limine* motions, and objections to the admissibility of evidence and exhibits. Motorola Mobility does not intend to offer these exhibits unless it receives a definitive ruling from the Court denying the relevant evidentiary motions, including *Daubert* and *in limine* motions, refusing to exclude evidence related to the exhibit, making use of the exhibits necessary. Motorola Mobility reserves the right to modify this list based on the Court's rulings regarding admissibility of evidence and to supplement this list as necessary. | | |
| 271. | | | | Investor Participation | IV-MMI0110785 | IV-MMI0110785 |
| 272. | | | | R Rankings by Deal by Asset | IV-MMI0110786 | IV-MMI0110786 |
| 273. | | | | Patent License Agreement - Apple | IV-MMI0000713 | IV-MMI0000731 |
| 274. | | | | Patent License Agreement - Intel | IV-MMI0000928 | IV-MMI0000941 |
| 275. | | | | Subscription Agreement - Invention Investment Fund II, LLC | IV-MMI0001687 | IV-MMI0001715 |
| 276. | | | | Patent License Agreement - Verizon | IV-MMI0001285 | IV-MMI0001298 |
| 277. | | | | Patent License Agreement - Verizon | IV-MMI0001299 | IV-MMI0001317 |
| 278. | | | | Patent License Agreement - LG Electronics | IV-MMI0079111 | IV-MMI0079160 |
| 279. | | | | Patent License Agreement - TwinTech | IV-MMI0066141 | IV-MMI0066177 |
| 280. | | | | Patent License Agreement - Transpacific IP I and Zhi Graser Pte., LLC | IV-MMI0005033 | IV-MMI0005056 |
| 281. | | | | Patent License Agreement - TransNet Capital Fund and Khyber Technologies | IV-MMI0022467 | IV-MMI0022511 |
| 282. | | | | Patent License Agreement | IV-MMI0001582 | IV-MMI0001592 |
| 283. | | | | Patent License Agreement | IV-MMI0022336 | IV-MMI0022359 |
| 284. | | | | Patent Purchase Agreement | IV-MMI0023160 | IV-MMI0023200 |
| 285. | | | | License Agreement between IV Licensing - Samsung | IV-MMI0105176 | IV-MMI0105200 |
| 286. | | | | Patent License Agreement - LG | IV-MMI0105005 | IV-MMI0105054 |
| 287. | | | | Invention Investment Fund I, L.L.C. Subscription Agreement | IV-MMI0001014 | IV-MMI0001034 |
| 288. | | | | SI Everything Member Subscription Agreement | IV-MMI0002973 | IV-MMI0002994 |
| 289. | | | | Microsoft Licensing, LP | IV-MMI0000984 | IV-MMI0000996 |
| 290. | | | | Nokia Corporation | IV-MMI0001087 | IV-MMI0001101 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 291. | | | | SAP America, Inc. | IV-MMI0001155 | IV-MMI0001168 |
| 292. | | | | Xilinix, Inc. | IV-MMI0001400 | IV-MMI0001413 |
| 293. | | | | Yahoo!, Inc. | IV-MMI0001442 | IV-MMI0001455 |
| 294. | | | | eBay!, Inc. | IV-MMI0001491 | IV-MMI0001504 |
| 295. | | | | SAP America, Inc. | IV-MMI0001729 | IV-MMI0001758 |
| 296. | | | | SAP America, Inc. | IV-MMI0001759 | IV-MMI0001830 |
| 297. | | | | Sony Corporation of America | IV-MMI0001866 | IV-MMI0001875 |
| 298. | | | | Amazon Technologies, Inc. | IV-MMI0001876 | IV-MMI0001884 |
| 299. | | | | Amazon Technologies, Inc. | IV-MMI0001903 | IV-MMI0001915 |
| 300. | | | | Sony Corporation of America | IV-MMI0002088 | IV-MMI0002107 |
| 301. | | | | Google, Inc. | IV-MMI0002250 | IV-MMI0002258 |
| 302. | | | | Intel Corporation | IV-MMI0002304 | IV-MMI0002313 |
| 303. | | | | LP6 LLC | IV-MMI0002324 | IV-MMI0002334 |
| 304. | | | | eBay!, Inc. | IV-MMI0002654 | IV-MMI0002668 |
| 305. | | | | eBay!, Inc. | IV-MMI0002669 | IV-MMI0002679 |
| 306. | | | | Adobe Systems Incorporated | IV-MMI0002703 | IV-MMI0002717 |
| 307. | | | | Adobe Systems Incorporated | IV-MMI0002718 | IV-MMI0002731 |
| 308. | | | | Amazon.com NV Investment Holdings, Inc. | IV-MMI0002758 | IV-MMI0002772 |
| 309. | | | | American Express Travel Related Services Company, Inc. | IV-MMI0002823 | IV-MMI0002837 |
| 310. | | | | Apple, Inc. | IV-MMI0002895 | IV-MMI0002909 |
| 311. | | | | Cisco Systems, Inc. | IV-MMI0002995 | IV-MMI0003026 |
| 312. | | | | Cisco Systems, Inc. | IV-MMI0003027 | IV-MMI0003041 |
| 313. | | | | Yahoo!, Inc. | IV-MMI0003236 | IV-MMI0003246 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 314. | | | | Bluecat Networks (USA),  Inc. | IV-MMI0003338 | IV-MMI0003346 |
| 315. | | | | Chunghwa Pictures Tubes (Bermuda), Ltd. | IV-MMI0003390 | IV-MMI0003409 |
| 316. | | | | Dashwire, Inc. | IV-MMI0003508 | IV-MMI0003513 |
| 317. | | | | HTC Corporation | IV-MMI0003564 | IV-MMI0003585 |
| 318. | | | | Wistron Corporation | IV-MMI0003663 | IV-MMI0003682 |
| 319. | | | | Intuit, Inc. | IV-MMI0003705 | IV-MMI0003726 |
| 320. | | | | Micron Technology,  Inc. | IV-MMI0003727 | IV-MMI0003740 |
| 321. | | | | Micron Technology,  Inc. | IV-MMI0003741 | IV-MMI0003781 |
| 322. | | | | Nanya Technology Corporation | IV-MMI0003782 | IV-MMI0003805 |
| 323. | | | | Pantech Co., Ltd. | IV-MMI0003814 | IV-MMI0003839 |
| 324. | | | | Pantech Co., Ltd. | IV-MMI0003845 | IV-MMI0003858 |
| 325. | | | | Pantech Co., Ltd. | IV-MMI0003859 | IV-MMI0003884 |
| 326. | | | | Samsung Electronics Co., Ltd. | IV-MMI0003885 | IV-MMI0003909 |
| 327. | | | | Vlingo Corporation | IV-MMI0005019 | IV-MMI0005030 |
| 328. | | | | Amazon Technologies, Inc. | IV-MMI0075274 | IV-MMI0075286 |
| 329. | | | | Amazon.com Inc. | IV-MMI0075291 | IV-MMI0075326 |
| 330. | | | | Amazon.com NV Investment Holdings, Inc. | IV-MMI0075327 | IV-MMI0075330 |
| 331. | | | | Research in Motion Limited | IV-MMI0079183 | IV-MMI0079204 |
| 332. | | | | Apple, Inc. | IV-MMI0103121 | IV-MMI0103139 |
| 333. | | | | Intel Corporation | IV-MMI0103140 | IV-MMI0103163 |
| 334. | | | | Microsoft Licensing, LP | IV-MMI0103164 | IV-MMI0103176 |
| 335. | | | | Microsoft Licensing, LP | IV-MMI0103177 | IV-MMI0103197 |
| 336. | | | | NVIDIA International Holdings, Inc. | IV-MMI0103198 | IV-MMI0103210 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 337. | | | | NVIDIA International Holdings, Inc. | IV-MMI0103211 | IV-MMI0103233 |
| 338. | | | | Nokia Corporation | IV-MMI0103234 | IV-MMI0103266 |
| 339. | | | | Nokia Corporation | IV-MMI0103267 | IV-MMI0103286 |
| 340. | | | | Apple, Inc. | IV-MMI0103287 | IV-MMI0103289 |
| 341. | | | | Apple, Inc. | IV-MMI0103290 | IV-MMI0103292 |
| 342. | | | | Apple, Inc. | IV-MMI0103293 | IV-MMI0103295 |
| 343. | | | | SAP America, Inc. | IV-MMI0103296 | IV-MMI0103319 |
| 344. | | | | Sony Corporation of America | IV-MMI0103320 | IV-MMI0103343 |
| 345. | | | | Verizon Corporation Services Group, Inc. | IV-MMI0103320 | IV-MMI0103343 |
| 346. | | | | Verizon Corporation Services Group, Inc. | IV-MMI0103363 | IV-MMI0103413 |
| 347. | | | | Verizon Corporation Services Group, Inc. | IV-MMI0103414 | IV-MMI0103444 |
| 348. | | | | Xilinix, Inc. | IV-MMI0103445 | IV-MMI0103467 |
| 349. | | | | Yahoo!, Inc. | IV-MMI0103468 | IV-MMI0103478 |
| 350. | | | | Yahoo!, Inc. | IV-MMI0103479 | IV-MMI0103502 |
| 351. | | | | eBay! Inc. | IV-MMI0103503 | IV-MMI0103507 |
| 352. | | | | eBay! Inc. | IV-MMI0103508 | IV-MMI0103509 |
| 353. | | | | eBay! Inc. | IV-MMI0103540 | IV-MMI0103563 |
| 354. | | | | Apple Computer, Inc. | IV-MMI0103540 | IV-MMI0103563 |
| 355. | | | | Apple Computer, Inc. | IV-MMI0103567 | IV-MMI0103569 |
| 356. | | | | Apple Computer, Inc. | IV-MMI0103570 | IV-MMI0103572 |
| 357. | | | | Nokia, Inc. | IV-MMI0103573 | IV-MMI0103575 |
| 358. | | | | Nokia, Inc. | IV-MMI0103576 | IV-MMI0103578 |
| 359. | | | | Nokia, Inc. | IV-MMI0103579 | IV-MMI0103581 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 360. | | | | Nokia, Inc. | IV-MMI0103582 | IV-MMI0103614 |
| 361. | | | | NVIDIA International Holdings, Inc. | IV-MMI0103615 | IV-MMI0103647 |
| 362. | | | | NVIDIA International Holdings, Inc. | IV-MMI0103648 | IV-MMI0103676 |
| 363. | | | | SAP America, Inc. | IV-MMI0103677 | IV-MMI0103748 |
| 364. | | | | SAP America, Inc. | IV-MMI0103749 | IV-MMI0103752 |
| 365. | | | | SAP America, Inc. | IV-MMI0103753 | IV-MMI0103783 |
| 366. | | | | Sony Corporation of America | IV-MMI0103784 | IV-MMI0103787 |
| 367. | | | | Sony Corporation of America | IV-MMI0103788 | IV-MMI0103790 |
| 368. | | | | Sony Corporation of America | IV-MMI0103791 | IV-MMI0103793 |
| 369. | | | | Amazon.com, Inc. | IV-MMI0103794 | IV-MMI0103824 |
| 370. | | | | Sony Corporation of America | IV-MMI0103825 | IV-MMI0103858 |
| 371. | | | | Sony Corporation of America | IV-MMI0103859 | IV-MMI0103878 |
| 372. | | | | Amazon.com, Inc. | IV-MMI0103879 | IV-MMI0103914 |
| 373. | | | | Google, Inc. | IV-MMI0103915 | IV-MMI0103920 |
| 374. | | | | Google, Inc. | IV-MMI0103921 | IV-MMI0103938 |
| 375. | | | | Google, Inc. | IV-MMI0103939 | IV-MMI0103939 |
| 376. | | | | Invention Investment Fund I, LP Subscription Agreement | IV-MMI0103940 | IV-MMI0103955 |
| 377. | | | | Amazon.com NV Investment Holdings, Inc. | IV-MMI0103956 | IV-MMI0103959 |
| 378. | | | | Intel Corporation | IV-MMI0103960 | IV-MMI0103962 |
| 379. | | | | Intel Corporation | IV-MMI0103963 | IV-MMI0103996 |
| 380. | | | | Microsoft Capital Corporation | IV-MMI0103997 | IV-MMI0104029 |
| 381. | | | | Invention Investment Fund I LP1, LLC - Limited Liability Company | IV-MMI0104030 | IV-MMI0104058 |
| 382. | | | | Microsoft Capital Corporation | IV-MMI0104059 | IV-MMI0104086 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 383. | | | | Microsoft Capital Corporation | IV-MMI0104087 | IV-MMI0104110 |
| 384. | | | | Microsoft Capital Corporation | IV-MMI0104111 | IV-MMI0104117 |
| 385. | | | | Microsoft Capital Corporation | IV-MMI0104118 | IV-MMI0104122 |
| 386. | | | | Microsoft Corporation - Amended and Restated Transfer Agreement | IV-MMI0104123 | IV-MMI0104212 |
| 387. | | | | eBay Inc. | IV-MMI0104213 | IV-MMI0104227 |
| 388. | | | | eBay Inc. | IV-MMI0104228 | IV-MMI0104250 |
| 389. | | | | Adobe Systems Incorporated | IV-MMI0104251 | IV-MMI0104265 |
| 390. | | | | Adobe Systems Incorporated | IV-MMI0104266 | IV-MMI0104291 |
| 391. | | | | Amazon.com NV Investment Holdings, Inc. | IV-MMI0104292 | IV-MMI0104315 |
| 392. | | | | American Express Travel Related Services Company, Inc. | IV-MMI0104316 | IV-MMI0104338 |
| 393. | | | | American Express Travel Related Services Company, Inc. | IV-MMI0104339 | IV-MMI0104357 |
| 394. | | | | Apple, Inc. | IV-MMI0104358 | IV-MMI0104395 |
| 395. | | | | Apple, Inc. | IV-MMI0104396 | IV-MMI0104458 |
| 396. | | | | Apple, Inc. | IV-MMI0104459 | IV-MMI0104480 |
| 397. | | | | Cisco Systems, Inc. | IV-MMI0104481 | IV-MMI0104527 |
| 398. | | | | Cisco Systems, Inc. | IV-MMI0104528 | IV-MMI0104562 |
| 399. | | | | Xilinix, Inc. | IV-MMI0104563 | IV-MMI0104588 |
| 400. | | | | Xilinix, Inc. | IV-MMI0104589 | IV-MMI0104614 |
| 401. | | | | Yahoo, Inc. | IV-MMI0104615 | IV-MMI0104643 |
| 402. | | | | Yahoo, Inc. | IV-MMI0104644 | IV-MMI0104712 |
| 403. | | | | Chunghwa Pictures Tubes (Bermuda), Ltd. | IV-MMI0104713 | IV-MMI0104736 |
| 404. | | | | Chunghwa Pictures Tubes (Bermuda), Ltd. | IV-MMI0104737 | IV-MMI0104752 |
| 405. | | | | Chunghwa Pictures Tubes (Bermuda), Ltd. | IV-MMI0104753 | IV-MMI0104759 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 406. | | | | Chunghwa Pictures Tubes (Bermuda), Ltd. | IV-MMI0104760 | IV-MMI0104777 |
| 407. | | | | Chunghwa Pictures Tubes (Bermuda), Ltd. | IV-MMI0104778 | IV-MMI0104793 |
| 408. | | | | Chunghwa Pictures Tubes (Bermuda), Ltd. | IV-MMI0104794 | IV-MMI0104800 |
| 409. | | | | Wistron Corporation | IV-MMI0104801 | IV-MMI0104824 |
| 410. | | | | Wistron Corporation | IV-MMI0104825 | IV-MMI0104844 |
| 411. | | | | Wistron Corporation | IV-MMI0104845 | IV-MMI0104850 |
| 412. | | | | HTC Corporation | IV-MMI0104851 | IV-MMI0104872 |
| 413. | | | | Wistron Corporation | IV-MMI0104873 | IV-MMI0104877 |
| 414. | | | | Wistron Corporation | IV-MMI0104878 | IV-MMI0104901 |
| 415. | | | | Wistron Corporation | IV-MMI0104902 | IV-MMI0104925 |
| 416. | | | | Wistron Corporation | IV-MMI0104926 | IV-MMI0104945 |
| 417. | | | | Wistron Corporation | IV-MMI0104946 | IV-MMI0104965 |
| 418. | | | | Wistron Corporation | IV-MMI0104966 | IV-MMI0104970 |
| 419. | | | | Wistron Corporation | IV-MMI0104970 | IV-MMI0104976 |
| 420. | | | | Wistron Corporation | IV-MMI0104977 | IV-MMI0104982 |
| 421. | | | | Intuit, Inc. | IV-MMI0104983 | IV-MMI0105004 |
| 422. | | | | Micron Technology, Inc. | IV-MMI0105055 | IV-MMI0105068 |
| 423. | | | | Micron Technology, Inc. | IV-MMI0105069 | IV-MMI0105109 |
| 424. | | | | Pantech Co., Ltd. | IV-MMI0105110 | IV-MMI0105135 |
| 425. | | | | Pantech Co., Ltd. | IV-MMI0105136 | IV-MMI0105149 |
| 426. | | | | Pantech Co., Ltd. | IV-MMI0105150 | IV-MMI0105175 |
| 427. | | | | Vlingo Corporation | IV-MMI0105201 | IV-MMI0105212 |
| 428. | | | | IV Licensing Structure | N/A | N/A |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 429. | | | | Rights Transfer Agreement b/w IV Global Licensing LLC and IV I LLC | IV-MMI0000364 | IV-MMI0000369 |
| 430. | | | | Rights Transfer Agreement b/w IV Licensing I LLC and IV I LLC | IV-MMI0000358 | IV-MMI0000363 |
| 431. | | | | Rights Transfer Agreement b/w Invention Investment Fund I, LP and IV I LLC | IV-MMI0000340 | IV-MMI0000345 |
| 432. | | | | Rights Transfer Agreement b/w IV International Licensing and IV I LLC | IV-MMI0000376 | IV-MMI0000381 |
| 433. | | | | Rights Transfer Agreement b/w IV International Licensing Netherlands BV and IV I LLC | IV-MMI0000388 | IV-MMI0000394 |
| 434. | | | | Sales Letters to Various Entities, including drafts | IV-MMI0005464 | IV-MMI0005468 |
| 435. | | | | Patent License Agreement - Nanya | IV-MMI0124427 | IV-MMI0124450 |
| 436. | | | | Patent License Agreement - RIM | IV-MMI0124451 | IV-MMI0124472 |
| 437. | | | | IV Patent List | IV-MMI0130660 | IV-MMI0130660 |
| 438. | | | | IV Revised Patent List | IV-MMI0130661 | IV-MMI0130661 |
| 439. | | | | Intellectual Ventures Patent Finder | MMI-IV1093895 | MMI-IV1093896 |
| 440. | | | | HTC List of Handset Customers | IV-MMI0125655 | IV-MMI0126625 |
| 441. | | | | LG List of Handset Customers | IV-MMI0126626 | IV-MMI0127721 |
| 442. | | | | Pantech List of Handset Customers | IV-MMI0127722 | IV-MMI0128751 |
| 443. | | | | RIM List of Handset Customers | IV-MMI0128752 | IV-MMI0129712 |
| 444. | | | | Samsung List of Handset Customers | IV-MMI0129713 | IV-MMI0130659 |
| 445. | | | | US Patent 5,309,592 | N/A | N/A |
| 446. | | | | US Patent 5,413,342 | N/A | N/A |
| 447. | | | | US Patent 6,138,572 | N/A | N/A |
| 448. | | | | US Patent 6,748,902 | N/A | N/A |
| 449. | | | | US Patent 7,175,106 | N/A | N/A |
| 450. | | | | US Patent 7,441,693 | N/A | N/A |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | BEGBATES | ENDBATES |
|---|---|---|---|---|---|---|
| 451. | | | | US Patent 5,267,318 | N/A | N/A |
| 452. | | | | US Patent 4,777,560 | N/A | N/A |
| 453. | | | | US Patent 5,647,335 | N/A | N/A |
| 454. | | | | US Patent 5,647,534 | N/A | N/A |
| 455. | | | | US Patent 5,927,714 | N/A | N/A |
| 456. | | | | US Patent 6,187,145 | N/A | N/A |
| 457. | | | | US Patent 6,205,618 | N/A | N/A |
| 458. | | | | US Patent 6,213,277 | N/A | N/A |
| 459. | | | | US Patent 6,336,544 | N/A | N/A |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

-25-

US2008 5279999 1

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.