# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE (CASE NO. 11-cv-908-SLR-MPT)
*INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC v. MOTOROLA MOBILITY, LLC*

Admitted Exhibits

| Exh. # | Description |
|---|---|
| JTX 1 | Certified File History – U.S. Patent No. 6,658,464 (Part 1) |
| JTX 2 | Certified File History – U.S. Patent No. 6,658,464 (Part 2) |
| JTX 3 | Certified File History – U.S. Patent No. 6,557,054 (Part 1) |
| JTX 4 | Certified File History – U.S. Patent No. 6,557,054 (Part 2) |
| JTX 5 | Certified File History – U.S. Patent No. 7,120,462 |
| JTX 6 | U.S. Patent No. 6,557,054 |
| JTX 7 | U.S. Patent No. 6,658,464 |
| JTX 8 | U.S. Patent No. 7,120,462 |
| JTX 9 | Certified File History – U.S. Patent No. 5,694,546 (Part 1) |
| JTX 10 | Google Play Source Code |
| PTX 1 | Motorola Admiral - Device (PPX-0100) |
| PTX 3 | Motorola Admiral - Get Started User's Guide (PPX-0102) |
| PTX 4 | Motorola Admiral - Device (PPX-0103) |
| PTX 7 | Motorola Q 4G LTE - Device (PPX-0106) |
| PTX 9 | Motorola Photon Q 4G LTE - User Guide (PPX-0108) |
| PTX 10 | Motorola Q 4G LTE - Device (PPX-0109) |
| PTX 13 | Motorola Atrix HD - Device (PPX-0112) |
| PTX 15 | Motorola Atrix HD - Quick Start Guide (PPX-0114) |
| PTX 16 | Motorola Atrix HD - Device (PPX-0115) |
| PTX 19 | Motorola Electrify 2 - Device (PPX-0118) |
| PTX 21 | Motorola Electrify 2 - User's Manual (PPX-0120) |
| PTX 22 | Motorola Defy XT - Device (PPX-0121) |
| PTX 24 | Motorola Defy XT - Services Guide (PPX-0123) |
| PTX 25 | Motorola i867 - Device (PPX-0124) |
| PTX 27 | Motorola i867 - User Guide (PPX-0126) |
| PTX 28 | Motorola Triumph - Device (PPX-0127) |
| PTX 31 | Motorola Milestone X - Device (PPX-0130) |
| PTX 33 | Motorola Milestone X - User Guide (PPX-0132) |
| PTX 34 | Motorola Titanium - Device (PPX-0133) |
| PTX 35 | Motorola Titanium - User Guide (PPX-0134) |
| PTX 36 | Motorola XPRT - Device (PPX-0135) |
| PTX 39 | Motorola Admiral - Device (PPX-0138) |
| PTX 42 | Motorola Photon 4G [MB855] - Device (PPX-0141) |
| PTX 45 | Motorola Atrix 2 [MB865/ME865] - Device (PPX-0144) |
| PTX 47 | Motorola Atrix 2 [MB865/ME865] - Instruction Manual (PPX-0146) |

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE (CASE NO. 11-cv-908-SLR-MPT)**

*INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC v. MOTOROLA MOBILITY, LLC*

Admitted Exhibits

| Exh. # | Description |
|---|---|
| PTX 48 | Motorola Atrix 4G [MB860/MB861/ME860] - Device (PPX-0147) |
| PTX 51 | Motorola Atrix HD [MB866] - Device (PPX-0150) |
| PTX 54 | Motorola Atrix 4G Lapdock (Kit SJYN 0737A) - Device (PPX-0159) |
| PTX 58 | Motorola Lapdock 100 (Kit SJYN 0918A) - Device (PPX-0163) |
| PTX 61 | Motorola Lapdock 500 (Kit SJYN0920A) - Device (PPX-0166) |
| PTX 64 | Motorola Electrify [MB853] - Device (PPX-0169) |
| PTX 66 | Motorola Electrify [MB853] - User's Guide (PPX-0171) |
| PTX 67 | Motorola XT886 - Device (PPX-0172) |
| PTX 69 | Motorola XT886 - User Guide (PPX-0174) |
| PTX 70 | Motorola Electrify M (XT901) - Device (PPX-0175) |
| PTX 73 | Motorola Photon Q 4G LTE [XT896/XT897] - Device (PPX-0199) |
| PTX 76 | R_Rankings by Deal by Asset |
| PTX 78 | Patent License Agreement between IV International Licensing Netherlands S.V. and HTC Corp. |
| PTX 79 | Patent License Agreement between IV International License and LGE, effective 11/4/2011 |
| PTX 80 | License Agreement between IV International Licensing and Samsung Electronics Co., Ltd., effective 11/11/2010 |
| PTX 81 | Signature Page to License Agreement between IV International Licensing and Samsung Electronics Co., Ltd., effective 11/11/2010 |
| PTX 116 | Screen Shots of Questionnaires, Stewart Expert Report, Appendix C |
| PTX 117 | Summary Tabulations of Results, Stewart Expert Report, Appendix D |
| PTX 118 | Letter dated 10/6/2011 from Marc Belloli to Motorola re patent and infringement by Motorola |
| PTX 119 | Motorola Triumph - Getting Started Guide |
| PTX 122 | Motorola Atrix 4G - User's Guide (AT&T) |
| PTX 135 | Lapdock 1.5 Product Overview |
| PTX 136 | Lapdock Project Summary |
| PTX 137 | Atrix 2 Project Summary |
| PTX 143 | Atrix 2 Repair Optimization Support Training Level 3 |
| PTX 167 | Atrix 4G Level 2 Training Slides |
| PTX 192 | Photon 4G User Guide |
| PTX 198 | Lapdock 2 Standard Software Requirements Specification |
| PTX 204 | Lapdock 2 Standard Product Council Review |
| PTX 217 | Lapdock Material or Methods Specification |

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE (CASE NO. 11-cv-908-SLR-MPT)**
*INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC v. MOTOROLA MOBILITY, LLC*
Admitted Exhibits

| Exh. # | Description |
|---|---|
| PTX 251 | Lapdock 2 Premium Product Description V1.4 |
| PTX 276 | File History for Publication No. 2012/0170204 to Ahn |
| PTX 278 | Motorola Laptop Dock User's Guide |
| PTX 281 | Motorola Mobility and AT&T Announce ATRIX 4G, the Future of Mobile Computing |
| PTX 291 | MMI Q1 2011 Earnings Call Transcript |
| PTX 313 | Khyber Technologies PowerPoint |
| PTX 314 | Picture of 2001 CES Award and the Award Itself |
| PTX 315 | Picture of Prototype and Prototype Itself; Exhibit 49 to Kumar Deposition |
| PTX 318 | Exhibit A to Motorola's Response to Plaintiffs' First Set of Interrogatories to Defendant (Nos. 1-8); March 7, 2012; The Docking Display - a new kind of smartphone peripheral |
| PTX 334 | 4/24/13 - Second Supplemental Response to Plaintiffs' First Set of Interrogatories (Nos. 1-8) |
| PTX 355 | Motorola Electrify M - User's Guide |
| PTX 360 | Motorola Photon Q 4G LTE - Video Tutorial |
| PTX 398 | Motorola Electrify - Project Summary |
| PTX 426 | Motorola Atrix 4G (Olympus) NPI Dashboard - Project Summary |
| PTX 431 | Motorola Atrix 4G - User's Guide (AT&T) |
| PTX 435 | Schematic Drawing - Atrix 4G |
| PTX 437-B | Motorola XPRT - User Guide |
| PTX 491 | Handwritten notes regarding conception of '054 and '464 patents (TEL000001-TEL000020) |
| PTX 493 | Transporter Facility Application Program Interface (API), Client/server Protocol, and Usage Examples, Draft #2 11/4/93 (TEL000030-TEL000039) |
| PTX 502 | Teleshuttle - Electronic Delivery Made Easy (TEL000117-TEL000123) |
| PTX 530 | Link Level Frame Types |
| PTX 556 | Motorola Electrify - User's Manual |
| PTX 564 | Android - Publishing Overview, Kirkpatrick Dep. Ex. 4 |
| PTX 630 | Project Detail |
| PTX 632 | Motorola Atrix 4G for AT&T |
| PTX 633 | Motorola Atrix 4G wins "Best of CES 2011," January 15, 2011 (http://www.youtube.com/watch?v=TL9dUfHoM-8&feature=player_embedded#t=0) |

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE (CASE NO. 11-cv-908-SLR-MPT)**

*INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC v. MOTOROLA MOBILITY, LLC*

Admitted Exhibits

| Exh. # | Description |
|---|---|
| PTX 634 | Hands on with Motorola Atrix 4G (http://youtube.googleapis.com/v/ gD8CgBdGCZk?fs=1&hl=en_US ) |
| PTX 635 | Motorola, "How do I use the Lapdock?" (https://motorola-global-portal.custhelp.com/app/answers/detail/a_id/71853) |
| PTX 1000 | Picture of Google Play Used During Examination of Ficus Kirkpartick |
| DTX 3 | US Patent 7,549,007 - Smith |
| DTX 8 | Materials or Methods Specifications for LapDock 2.0 Standard |
| DTX 9 | Materials or Methods Specs for LapDock 2.0 Premium (Lapdock 500 Pro) |
| DTX 60 | U.S. Patent No. 5,436,857 - Nelson |
| DTX 61 | U.S. Patent No. 5,463,742 - Kobayashi |
| DTX 73 | 2007-06-29 Email thread from Jerry Wang to Farzad Hiri re Motorola |
| DTX 85 | Motorola GMS Apps/Packages |
| DTX 94 | Bowen, et al, How to get the Most Out of CompuServe Book Copy |
| DTX 101 | Lapdock 1.5 Specification |
| DTX 113 | Material or Methods Specification - Attach |
| DTX 120 | U.S. Patent No. 5,323,291 - Boyle |
| DTX 122 | U.S. Patent No. 5,798,733 - Ethridge |
| DTX 132 | Compuserve Source Code File - dppver.c |
| DTX 133 | Compuserve Source Code File - VERS1.HI |
| DTX 143 | "I Didn't Know I Could Do That on CompuServe," 1993 |
| DTX 146 | Robert Snowdon Jones, "Compuserve Users Receive Crosstalk Forum," InfoWorld, Sept. 21, 1987 |
| DTX 149 | Dennis J. Reynolds, "Evaluating Dial-Up Internet Access Options," Computers in Libraries, 1993. |
| DTX 150 | April 1, 1994 message from Gerard Versteeg to Newsgroup alt.internet.services re: Compuserve access via Internet. |
| DTX 151 | CompuServe Press Release: CompuServe Extends Information Superhighway with Enhanced Internet Access, March 8, 1994 |
| DTX 152 | CompuServe Press Release: Questions & Answers Regarding CompuServe's Announcement of Internet Services, March 15, 1994 |
| DTX 153 | Bowen & Payton, "How to Get the Most Out of CompuServe," 5th ed., 1991 |
| DTX 154 | Joel Diamond, "Giving CompuServe a Chance," Network World, May 15, 1995. |

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE (CASE NO. 11-cv-908-SLR-MPT)**

*INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC v. MOTOROLA MOBILITY, LLC*

Admitted Exhibits

| Exh. # | Description |
|--------|-------------|
| DTX 155 | U.S. Patent 4,654,799 - Ogaki |
| DTX 229 | 50 Greatest Gadgets |
| DTX 239 | Motorola Photon G |
| DTX 243 | Lapdock 100 |
| DTX 264 | Business Summary |
| DTX 266 | US Patent 6,594,692 |
| DTX 268 | General Schematic of IVM Management and IIF Licensing Structure |
| DTX 270 | Jan 27, 1998 letter to C Rosario |