IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and <br> INTELLECTUAL VENTURES II LLC, <br> <br> Plaintiffs, <br> <br> v. <br> <br> MOTOROLA MOBILITY LLC, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br> <br> <br> <br> <br> C.A. No. 11-908 (SLR) |

**APPENDIX TO OPENING BRIEF IN SUPPORT OF
DEFENDANT MOTOROLA MOBILITY LLC'S
<u>RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW</u>**

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> Jack B. Blumenfeld (#1014) <br> Stephen J. Kraftschik (#5623) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> skraftschik@mnat.com |
| OF COUNSEL: | *Attorneys for Defendant Motorola Mobility LLC* |

William H. Boice
Candice Decaire
D. Clay Holloway
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309
(404) 815-6500

Steven Moore
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC  27101-2400
(336) 607-7300

March 5, 2014
8064861

**TABLE OF EXHIBITS**

**DEFENDANT MOTOROLA MOBILITY LLC'S
RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

| No. | Description | Original Pagination |
|---|---|---|
| A. | U.S. Patent No. 5,436,857 – Nelson | DTX060 |
| B. | U.S. Patent No. 7,549,007 – Smith | DTX003 |
| C. | U.S. Patent No. 5,798,733 – Ethridge | DTX122 |
| D. | U.S. Patent No. 4,654,799 – Ogaki | DTX155 |
| E. | Reynolds, Dennis, Evaluating Dial-Up Internet Access Options | DTX149 |
| F. | U.S. Patent No. 6,594,692 – Reisman | DTX266 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 5, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Rosemary J. Piergiovanni, Esquire<br>FARNAN LLP<br>919 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Ian N. Feinberg, Esquire<br>Margaret Elizabeth Day, Esquire<br>David L. Alberti, Esquire<br>Clayton Thompson, Esquire<br>Marc C. Belloli, Esquire<br>Sam Lim, Esquire<br>Yakov Zolotorez, Esquire<br>Leonard J. Augustine, Jr., Esquire<br>Peter Mikhail, Esquire<br>James Hall, Esquire<br>Nickolas Bohl, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>1600 El Camino Real<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

_____

Jack B. Blumenfeld (#1014)