**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY, LLC,<br><br>Defendant. | Civil Action No. 11-cv-908-SLR-MPT<br><br>JURY TRIAL DEMANDED<br><br>**FILED UNDER SEAL** |

**DECLARATION OF NICKOLAS BOHL IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTOROLA MOBILITY LLC'S RENEWED MOTION FOR
JUDGMENT AS A MATTER OF LAW**

## DECLARATION OF NICKOLAS BOHL

I, Nickolas Bohl, declare as follows:

1. I submit this declaration in connection with Plaintiffs Intellectual Ventures I and II LLC's ("IV") Opposition to Motorola's Renewed Motion for Judgment as a Matter of Law.

2. I am over 21 years of age and I am competent to make this declaration. Unless otherwise stated, I submit the following statements based on my own personal knowledge or based on factual investigation I have conducted. If called upon to testify to the truth of the following statements, I could and would competently testify thereto.

3. I am a Of Counsel at Feinberg Day Alberti & Thompson LLP, counsel for IV.

4. Attached as Exhibit 1 is a true and correct copy of excerpts of the trial transcript as cited by IV in its Opposition.

5. Attached as Exhibit 2 is JTX-009, a true and correct copy of excerpts of the Certified File History for U.S. Patent No. 5,694,546 as cited by IV in its Opposition.

6. Attached as Exhibit 3 is PTX-076, ███████████████████████████████████████████

7. Attached as Exhibit 4 is PTX-276, a true and correct copy of Information Disclosure Statement for the Ahn Publication (2012/0170204).

8. Attached as Exhibit 5 is PTX-314, a true and correct copy of a picture of the 2001 CES Award presented to Mr. Kumar. The original award has been entered into evidence and is in the Court's possession.

9. Attached as Exhibit 6 is PTX-1000, a true and correct copy of the picture of the

Google Play directories used during Ficus Kirkpatrick's cross-examination.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is, to the best of my knowledge and belief, true and correct.

                                      Executed at Seattle, Washington
                                      on this 28th day of March, 2014

                                      */s Nickolas Bohl*
                                      Nickolas Bohl