IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTELLECTUAL VENTURES I LLC and )
INTELLECTUAL VENTURES II LLC, )
                                      )
           Plaintiffs, )
                                      )
           v. )      C.A. No. 11-908 (SLR)
                                      )
MOTOROLA MOBILITY LLC, )
                                      )
           Defendant. )

## SUPPLEMENTAL NOTICE OF CONCURRENT PROCEEDINGS

Defendant Motorola Mobility LLC ("Motorola") hereby submits this Supplemental Notice of Concurrent Proceedings regarding the following patents at issue in this litigation: U.S. Patent Nos. 7,120,462 (the "'462 patent"); 6,658,464 (the "'464 patent"); and 6,557,054 (the "'054 patent"). On May 12, 2014, Motorola filed a Notice of Concurrent Proceedings (D.I. 332). As of that date, requests for *ex parte* reexamination had been filed for the '462, '464, and '054 patents but had not yet been granted. Subsequently, these requests have been granted as explained below.

### The '462 Patent – *ex parte* Reexamination (No. 90/013,204)

On May 21, 2014, the United States Patent and Trademark Office ("PTO") issued a Response to Request for *ex parte* Reexamination of claims 1-3, 8, and 10-13 of the '462 patent. The PTO granted Motorola's REQUEST FOR *EX PARTE* REEXAMINATION, finding that the Request raised a substantial new question of patentability of each of these claims.

### The '464 Patent – *ex parte* Reexamination (No. 90/013,206)

On May 20, 2014, the PTO issued a DECISION GRANTING *EX PARTE* REEXAMINATION of claims 3, 16-17, 22, 35-36, 41, 44-45, 47-49, 52, 54-55, 57, 60, 63-64,

66-68, 71, 73-74, 76-77, and 78 of the '464 patent, finding that Motorola's REQUEST FOR *EX PARTE* REEXAMINATION raised a substantial new question of patentability of each of these claims.

### The '054 Patent – *ex parte* Reexamination (No. 90/013,205)

On May 16, 2014, the PTO issued an ORDER GRANTING *EX PARTE* REEXAMINATION of claims 11, 12, 26, 27, 41, 42, 56, 57, 71, 72, 86, 87, 101, 102, 116, 117, 131, 132, 146, 147, 161, 162, 176, 177, 191, 192, 206, 207, 221, 222, 236, 237, 251, 252, 266, 267, 281, 282, 296, 297, 311, 312, 326, 327, 341, 342, 356, 357, 372, and 373 of the '054 patent, finding that Motorola's REQUEST FOR *EX PARTE* REEXAMINATION raised a substantial new question of patentability of each of these claims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack Blumenfeld

Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant Motorola Mobility LLC*

OF COUNSEL:

William H. Boice
Candice Decaire
D. Clay Holloway
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500

Steven D. Moore
Alton Absher III
Carl Sanders
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607-7300

May 22, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 22, 2014, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                    *VIA ELECTRONIC MAIL*
Rosemary J. Piergiovanni, Esquire
FARNAN LLP
919 North Market Street
Wilmington, DE 19801
*Attorneys for Plaintiffs*

Ian N. Feinberg, Esquire                                    *VIA ELECTRONIC MAIL*
Margaret Elizabeth Day, Esquire
David L. Alberti, Esquire
Clayton Thompson, Esquire
Marc C. Belloli, Esquire
Sam Lim, Esquire
Yakov Zolotorez, Esquire
Leonard J. Augustine, Jr., Esquire
Peter Mikhail, Esquire
James Hall, Esquire
Nickolas Bohl, Esquire
Matthew Powers, Esquire
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real
Menlo Park, CA 94025
*Attorneys for Plaintiffs*

Jack B. Blumenfeld (#1014)