IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civ. No. 11-908-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 28th day of October, 2014, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that Motorola's motion for judgment as a matter of law (D.I. 319) is granted in part and denied in part. It is granted with respect to invalidity of claims 1 and 8 of the '464 patent, and denied with respect to invalidity of claims 16 and 17 of the '464 patent, non-infringement and invalidity of the '054 patent, and invalidity of the '462 patent.

IT IS FURTHER ORDERED that a telephone conference shall be conducted on **November 12, 2014 at 11:00 a.m.** to discuss a new trial date.

                                                                                                                    _____
                                                                                                  United States District Judge