IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>MOTOROLA MOBILITY LLC,<br><br>    Defendant. | Civil Action No. 11-908-SLR-MPT |

## TRIAL SCHEDULING ORDER

The parties, in accordance with the Court's instructions during the November 12, 2014 teleconference and the Court's January 6, 2015 letter (D.I. 358), hereby submit, subject to the Court's approval, the following schedule to govern the up-coming trials:

1. Briefing on Defendant's indefiniteness and patentability challenges as permitted by the Court (D.I. 358 at ¶ 2) will be as follows:

    Defendant's Opening Brief – January 12, 2015

    Plaintiff's Answering Brief – January 26, 2015

    Defendant's Reply Brief – February 2, 2015

2. Plaintiffs shall send the draft pretrial order to Defendant by **January 16, 2015**.

3. The Court will issue a claim construction order on or before **January 23, 2015.**

4. The proposed Pretrial Order is due **February 19, 2015**.

5. All jury instructions, vior dire, and verdict sheets are due **February 23, 2015**.

6. The Pretrial Conference will be held on **February 26, 2015 at 4:30 p.m.**

7. There will be two trials beginning on **March 16, 2015** and ending by **April 3, 2015**. The '144 and '450 patents will be tried first and the '054 and '462 patents will be tried second.

| | |
|---|---|
| Dated: January 9, 2015 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Brian E. Farnan | /s/ Jack B. Blumenfeld |
| Brian E. Farnan (#4089) | Jack B. Blumenfeld (#1014) |
| 919 N. Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE 19081-3032 | P.O. Box 1347 |
| (302) 777-0300 | Wilmington, DE 19899 |
| bfarnan@farnanlaw.com | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| *Attorneys for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC* | *Attorneys for Defendant Motorola Mobility LLC* |

**SO ORDERED**, this _____ day of January, 2015.

_____
The Honorable Sue L. Robinson