IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA MOBIILITY LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 11-908-SLR |

**ORDER**

At Wilmington this 24th day of February, 2014, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion for summary judgment of invalidity and indefiniteness (D.I. 360) is granted in part and denied in part.

_____
United States District Judge