IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>MOTOROLA MOBILITY LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 11-908 (SLR)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *(1) Defendant's Final List of Trial Witnesses for U.S. Patent No. 7,120,462 (Revised)* and *(2) Defendant's Final List of Trial Witnesses for U.S. Patent Nos. 7,810,144 and 7,409,450 (Revised)* were caused to be served on March 10, 2015 upon the following in the manner indicated:

Brian E. Farnan, Esquire                                                                                  *VIA ELECTRONIC MAIL*
Rosemary J. Piergiovanni, Esquire
FARNAN LLP
919 North Market Street
Wilmington, DE 19801
*Attorneys for Plaintiffs*

Ian N. Feinberg, Esquire                                                                                       *VIA ELECTRONIC MAIL*
Margaret Elizabeth Day, Esquire
David L. Alberti, Esquire
Clayton Thompson, Esquire
Marc C. Belloli, Esquire
Sam Lim, Esquire
Yakov Zolotorez, Esquire
Peter Mikhail, Esquire
Nickolas Bohl, Esquire
Matthew Powers, Esquire
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real
Menlo Park, CA 94025
*Attorneys for Plaintiffs*

<table>
<tr><td>

OF COUNSEL:

D. Clay Holloway
KILPATRICK TOWNSEND
& STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500

Steven Moore
KILPATRICK TOWNSEND
& STOCKTON LLP
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111
(415) 576-0200

David A. Nelson
QUINN EMANUEL URQUHART
& SULLIVAN LLP
500 West Madison Street, Suite 2450
Chicago, IL 60661
(312) 705-7400

David A. Perlson
QUINN EMANUEL URQUHART
& SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

Patrick D. Curran
QUINN EMANUEL URQUHART
& SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Joshua L. Sohn
QUINN EMANUEL URQUHART
& SULLIVAN LLP
777 6th Street, NW, 11th Floor
Washington, DC 20001
(202) 538-8000

March 10, 2015
8953217

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen J. Kraftschik*
_____
Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com
*Attorneys for Defendant Motorola Mobility LLC*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 10, 2015, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Rosemary J. Piergiovanni, Esquire<br>FARNAN LLP<br>919 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Ian N. Feinberg, Esquire<br>Margaret Elizabeth Day, Esquire<br>David L. Alberti, Esquire<br>Clayton Thompson, Esquire<br>Marc C. Belloli, Esquire<br>Sam Lim, Esquire<br>Yakov Zolotorez, Esquire<br>Peter Mikhail, Esquire<br>Nickolas Bohl, Esquire<br>Matthew Powers, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)