# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES AND INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY, LLC,<br><br>Defendants | PARTIES' JOINT EXHIBIT LIST<br><br>Case No. 1:11-cv-00908-SLR |
| PRESIDING JUDGE:<br>Sue L Robinson | PLAINTIFFS' ATTORNEY:<br>M. Elizabeth Day | DEFENDANT'S ATTORNEY:<br>David A. Nelson |
| TRIAL DATES:<br>March 16-24, 2015 | COURT REPORTER:<br>Valerie Gunning | COURTROOM DEPUTY:<br>Francesca Scarpato |

| Exh. # | | Date Offered | Marked | Admitted | Sponsoring Witness | Description | Beginning Bates # | Ending Bates # |
|---|---|---|---|---|---|---|---|---|
| JTX | 001 | | | | | U.S. Patent No. 6,557,054 | IV-MMI-0082796 | IV-MMI-0082856 |
| JTX | 002 | | | | | U.S. Patent No. 7,120,462 | IV-MMI-0082907 | IV-MMI-0082914 |
| JTX | 003 | | | | | U.S. Patent No. 7,810,144 | IV-MMI-0082915 | IV-MMI-0082965 |
| JTX | 004 | | | | | U.S. Patent No. 7,409,450 | IV-MMI-0110238 | IV-MMI-0110324 |
| JTX | 005 | | | | | U.S. Patent No. 6,658,464 | IV-MMI-0082857 | IV-MMI-0082906 |
| JTX | 006 | | | | | Certified File History - U.S. Patent No. 6,557,054 (Part 1) | IV-MMI-0097063 | IV-MMI-0097361 |
| JTX | 007 | | | | | Certified File History - U.S. Patent No. 6,557,054 (Part 2) | IV-MMI-0097970 | IV-MMI-0098281 |
| JTX | 008 | | | | | Certified File History - U.S. Patent No. 7,409,450 | IV-MMI-0099249 | IV-MMI-0100924 |
| JTX | 009 | | | | | Certified File History - U.S. Patent No. 7,810,144 | IV-MMI-0101321 | IV-MMI-0102287 |
| JTX | 010 | | | | | Certified File History - U.S. Patent No. 7,120,462 | IV-MMI-0102354 | IV-MMI-0102450 |

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

| Exh. # | | Date Offered | Marked | Admitted | Sponsoring Witness | Description | Beginning Bates # | Ending Bates # |
|---|---|---|---|---|---|---|---|---|
| JTX | 011 | | | | | Certified File History - U.S. Patent No. 6,658,464 (Part 1) | IV-MMI-0040369 | IV-MMI-0040910 |
| JTX | 012 | | | | | Certified File History - U.S. Patent No. 6,658,464 (Part 2) | IV-MMI-0098282 | IV-MMI-0098622 |
| JTX | 013 | | | | | Certified File History - U.S. Patent No. 6,862,622 (09/349,477) | IV-MMI-0108435 | IV-MMI-0110237 |
| JTX | 014 | | | | | Certified File History - U.S. Patent No. 6,219,669 (Part 1 of 9) | IV-MMI-0112944 | IV-MMI-0113357 |
| JTX | 015 | | | | | Certified File History - U.S. Patent No. 6,219,669 (Part 2 of 9) | IV-MMI-0114264 | IV-MMI-0114691 |
| JTX | 016 | | | | | Certified File History - U.S. Patent No. 6,219,669 (Part 3 of 9) | IV-MMI-0111664 | IV-MMI-0112067 |
| JTX | 017 | | | | | Certified File History - U.S. Patent No. 6,219,669 (Part 4 of 9) | IV-MMI-0112068 | IV-MMI-0112478 |
| JTX | 018 | | | | | Certified File History - U.S. Patent No. 6,219,669 (Part 5 of 9) | IV-MMI-0112507 | IV-MMI-0112825 |
| JTX | 019 | | | | | Certified File History - U.S. Patent No. 6,219,669 (Part 6 of 9) | IV-MMI-0114725 | IV-MMI-0115080 |
| JTX | 020 | | | | | Certified File History - U.S. Patent No. 6,219,669 (Part 7 of 9) | IV-MMI-0115081 | IV-MMI-0115493 |
| JTX | 021 | | | | | Certified File History - U.S. Patent No. 6,219,669 (Part 8 of 9) | IV-MMI-0116101 | IV-MMI-0116484 |
| JTX | 022 | | | | | Certified File History - U.S. Patent No. 6,219,669 (Part 9 of 9) | IV-MMI-0116485 | IV-MMI-0116820 |
| JTX | 023 | | | | | Certified File History - U.S. Patent No. 6,442,571 (Part 1 of 12) | IV-MMI-0115494 | IV-MMI-0115808 |
| JTX | 024 | | | | | Certified File History - U.S. Patent No. 6,442,571 (Part 2 of 12) | IV-MMI-0115809 | IV-MMI-0116100 |
| JTX | 025 | | | | | Certified File History - U.S. Patent No. 6,442,571 (Part 3 of 12) | IV-MMI-0117443 | IV-MMI-0117751 |
| JTX | 026 | | | | | Certified File History - U.S. Patent No. 6,442,571 (Part 4 of 12) | IV-MMI-0118174 | IV-MMI-0118489 |
| JTX | 027 | | | | | Certified File History - U.S. Patent No. 6,442,571 (Part 5 of 12) | IV-MMI-0116821 | IV-MMI-0117135 |
| JTX | 028 | | | | | Certified File History - U.S. Patent No. 6,442,571 (Part 6 of 12) | IV-MMI-0117136 | IV-MMI-0117442 |

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

| Exh. # | | Date Offered | Marked | Admitted | Sponsoring Witness | Description | Beginning Bates # | Ending Bates # |
|---|---|---|---|---|---|---|---|---|
| JTX | 029 | | | | | Certified File History - U.S. Patent No. 6,442,571 (Part 7 of 12) | IV-MMI-0119763 | IV-MMI-0120092 |
| JTX | 030 | | | | | Certified File History - U.S. Patent No. 6,442,571 (Part 8 of 12) | IV-MMI-0118796 | IV-MMI-0119099 |
| JTX | 031 | | | | | Certified File History - U.S. Patent No. 6,442,571 (Part 9 of 12) | IV-MMI-0118490 | IV-MMI-0118795 |
| JTX | 032 | | | | | Certified File History - U.S. Patent No. 6,442,571 (Part 10 of 12) | IV-MMI-0119100 | IV-MMI-0119366 |
| JTX | 033 | | | | | Certified File History - U.S. Patent No. 6,442,571 (Part 11 of 12) | IV-MMI-0120489 | IV-MMI-0120736 |
| JTX | 034 | | | | | Certified File History - U.S. Patent No. 6,442,571 (Part 12 of 12) | IV-MMI-0120737 | IV-MMI-0120973 |
| JTX | 035 | | | | | Certified File History - U.S. Patent No. 7,263,528 (10/167,697) | IV-MMI-0107462 | IV-MMI-0108233 |
| JTX | 036 | | | | | Certified File History - U.S. Patent No. 7,536,554 (10/657,221) | IV-MMI-0110325 | IV-MMI-0110784 |
| JTX | 037 | | | | | Certified File History - U.S. Patent No. 5,694,546 (08/251,724) | IV-MMI-0106627 | IV-MMI-0107209 |
| JTX | 038 | | | | | Provisional Patent Application - U.S. Application No. 60/092,452, dated 7/10/1998 | IV-MMI-0097718 | IV-MMI-0097749 |
| JTX | 039 | | | | | Provisional Patent Application - U.S. Application No. 60/128,138, dated 4/7/1999 | IV-MMI-0097957 | IV-MMI-0097969 |
| JTX | 040 | | | | | Provisional Patent Application - U.S. Application No. 60/065,533, dated 11/13/1997 | IV-MMI-0098623 | IV-MMI-0098851 |
| JTX | 041 | | | | | Provisional Patent Application - U.S. Application No. 60/085,427, dated 5/14/1998 | IV-MMI-0097565 | IV-MMI-0097679 |
| JTX | 042 | | | | | Provisional Patent Application - U.S. Application No. 60/100,962, dated 9/17/1998 | IV-MMI-0097758 | IV-MMI-0097856 |