**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>Defendant. | Civil Action No. 11-cv-908-SLR-MPT<br><br>JURY TRIAL DEMANDED |

**SPECIAL VERDICT FORM**

Dated:

We, the jury, unanimously find as follows:

## '144 PATENT

1. Has Intellectual Ventures proven, by preponderance of the evidence, that Motorola Mobility has directly infringed any asserted claim of U.S. Patent No. 7,810,144 ('144 patent)?

"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

**[IV'S PROPOSED QUESTION**

(A)  Claim 10     Yes_____  No_____

(B)  Claim 14     Yes_____  No_____

(C)  Claim 15     Yes_____  No_____

(D)  Claim 41     Yes_____  No_____]

**[MOTOROLA'S PROPOSED QUESTION1**

For accused devices on Boost Mobile, Virgin Mobile and Sprint network:

(A)  Claim 10     Yes_____  No_____

(B)  Claim 14     Yes_____  No_____

(C)  Claim 15     Yes_____  No_____

(D)  Claim 41     Yes_____  No_____

For accused devices on C-Spire network:

(A)  Claim 10     Yes_____  No_____

(B)  Claim 14     Yes_____  No_____

---

1 **IV'S POSITION:** IV disagrees that the jury has to make a separate finding of infringement regarding the accused devices on different carrier networks. It is only necessary to know whether or not the jury finds that the products infringe.

(C)  Claim 15  Yes_____  No_____

(D)  Claim 41  Yes_____  No_____

For accused devices on Cincinnati Bell network:

(A)  Claim 10  Yes_____  No_____

(B)  Claim 14  Yes_____  No_____

(C)  Claim 15  Yes_____  No_____

(D)  Claim 41  Yes_____  No_____

For accused devices on iWireless network:

(A)  Claim 10  Yes_____  No_____

(B)  Claim 14  Yes_____  No_____

(C)  Claim 15  Yes_____  No_____

(D)  Claim 41  Yes_____  No_____

For accused devices on SouthernLinc network:

(A)  Claim 10  Yes_____  No_____

(B)  Claim 14  Yes_____  No_____

(C)  Claim 15  Yes_____  No_____

(D)  Claim 41  Yes_____  No_____

For accused devices on U.S. Cellular network:

(A)  Claim 10  Yes_____  No_____

(B)  Claim 14  Yes_____  No_____

(C)  Claim 15  Yes_____  No_____

(D)   Claim 41   Yes_____   No_____

2.   Has Intellectual Ventures proven, by preponderance of the evidence, that Motorola Mobility has infringed any asserted claim of the '144 patent under the doctrine of equivalents?

"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

**[IV'S PROPOSED QUESTION**

(A)   Claim 10   Yes_____   No_____

(B)   Claim 14   Yes_____   No_____

(C)   Claim 15   Yes_____   No_____

(D)   Claim 41   Yes_____   No_____]

**[MOTOROLA'S PROPOSED QUESTION**

For accused devices on Boost Mobile, Virgin Mobile and Sprint network:

(A)   Claim 10   Yes_____   No_____

(B)   Claim 14   Yes_____   No_____

(C)   Claim 15   Yes_____   No_____

(D)   Claim 41   Yes_____   No_____

For accused devices on C-Spire network:

(A)   Claim 10   Yes_____   No_____

(B)   Claim 14   Yes_____   No_____

(C)   Claim 15   Yes_____   No_____

(D)   Claim 41   Yes_____   No_____

For accused devices on Cincinnati Bell network:

(A)     Claim 10     Yes_____     No_____

(B)     Claim 14     Yes_____     No_____

(C)     Claim 15     Yes_____     No_____

(D)     Claim 41     Yes_____     No_____

For accused devices on iWireless network:

(A)     Claim 10     Yes_____     No_____

(B)     Claim 14     Yes_____     No_____

(C)     Claim 15     Yes_____     No_____

(D)     Claim 41     Yes_____     No_____

For accused devices on SouthernLinc network:

(A)     Claim 10     Yes_____     No_____

(B)     Claim 14     Yes_____     No_____

(C)     Claim 15     Yes_____     No_____

(D)     Claim 41     Yes_____     No_____

For accused devices on U.S. Cellular network:

(A)     Claim 10     Yes_____     No_____

(B)     Claim 14     Yes_____     No_____

(C)     Claim 15     Yes_____     No_____

(D)     Claim 41     Yes_____     No_____

3.      Has Intellectual Ventures proven, by preponderance of the evidence, that Motorola Mobility contributed to the infringement of any asserted claim of the '144 patent?

"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

**[IV'S PROPOSED QUESTION**

(A)    Claim 10    Yes_____    No_____

(B)    Claim 14    Yes_____    No_____

(C)    Claim 15    Yes_____    No_____

(D)    Claim 41    Yes_____    No_____]

**[MOTOROLA'S PROPOSED QUESTION**

For accused devices on Boost Mobile, Virgin Mobile and Sprint network:

(A)    Claim 10    Yes_____    No_____

(B)    Claim 14    Yes_____    No_____

(C)    Claim 15    Yes_____    No_____

(D)    Claim 41    Yes_____    No_____

For accused devices on C-Spire network:

(A)    Claim 10    Yes_____    No_____

(B)    Claim 14    Yes_____    No_____

(C)    Claim 15    Yes_____    No_____

(D)    Claim 41    Yes_____    No_____

For accused devices on Cincinnati Bell network:

(A)    Claim 10    Yes_____    No_____

(B)   Claim 14     Yes_____   No_____

(C)   Claim 15     Yes_____   No_____

(D)   Claim 41     Yes_____   No_____

For accused devices on iWireless network:

(A)   Claim 10     Yes_____   No_____

(B)   Claim 14     Yes_____   No_____

(C)   Claim 15     Yes_____   No_____

(D)   Claim 41     Yes_____   No_____

For accused devices on SouthernLinc network:

(A)   Claim 10     Yes_____   No_____

(B)   Claim 14     Yes_____   No_____

(C)   Claim 15     Yes_____   No_____

(D)   Claim 41     Yes_____   No_____

For accused devices on U.S. Cellular network:

(A)   Claim 10     Yes_____   No_____

(B)   Claim 14     Yes_____   No_____

(C)   Claim 15     Yes_____   No_____

(D)   Claim 41     Yes_____   No_____

4.   Has Intellectual Ventures proven, by preponderance of the evidence, that Motorola Mobility induced the infringement of any asserted claim of the '144 patent? "Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

**[IV'S PROPOSED QUESTION**

(A)  Claim 10   Yes_____   No_____

(B)  Claim 14   Yes_____   No_____

(C)  Claim 15   Yes_____   No_____

(D)  Claim 41   Yes_____   No_____]

**[MOTOROLA'S PROPOSED QUESTION**

For accused devices on Boost Mobile, Virgin Mobile and Sprint network:

(A)  Claim 10   Yes_____   No_____

(B)  Claim 14   Yes_____   No_____

(C)  Claim 15   Yes_____   No_____

(D)  Claim 41   Yes_____   No_____

For accused devices on C-Spire network:

(A)  Claim 10   Yes_____   No_____

(B)  Claim 14   Yes_____   No_____

(C)  Claim 15   Yes_____   No_____

(D)  Claim 41   Yes_____   No_____

For accused devices on Cincinnati Bell network:

(A)  Claim 10   Yes_____   No_____

(B)  Claim 14   Yes_____   No_____

(C)  Claim 15   Yes_____   No_____

(D)  Claim 41   Yes_____   No_____

For accused devices on iWireless network:

(A) Claim 10    Yes_____    No_____

(B) Claim 14    Yes_____    No_____

(C) Claim 15    Yes_____    No_____

(D) Claim 41    Yes_____    No_____

For accused devices on SouthernLinc network:

(A) Claim 10    Yes_____    No_____

(B) Claim 14    Yes_____    No_____

(C) Claim 15    Yes_____    No_____

(D) Claim 41    Yes_____    No_____

For accused devices on U.S. Cellular network:

(A) Claim 10    Yes_____    No_____

(B) Claim 14    Yes_____    No_____

(C) Claim 15    Yes_____    No_____

(D) Claim 41    Yes_____    No_____


5.   Has Motorola Mobility proven, by clear and convincing evidence, that any of the following claims of the '144 patent are invalid based on anticipation?

"Yes" is a finding for Motorola Mobility. "No" is a finding for Intellectual Ventures.

(A) Claim 10    Yes_____    No_____

(B) Claim 14    Yes_____    No_____

(C) Claim 41    Yes_____    No_____

6.  Has Motorola Mobility proven, by clear and convincing evidence, that any of the following claims of the '144 patent are invalid based on obviousness?

"Yes" is a finding for Motorola Mobility. "No" is a finding for Intellectual Ventures.

(A)  Claim 10    Yes_____    No_____

(B)  Claim 14    Yes_____    No_____

(C)  Claim 15    Yes_____    No_____

(D)  Claim 41    Yes_____    No_____

7.  Has Motorola Mobility proven, by clear and convincing evidence, that any of the following claims of the '144 patent are invalid for failing to satisfy the written description requirement?

"Yes" is a finding for Motorola Mobility. "No" is a finding for Intellectual Ventures.

(A)  Claim 10    Yes_____    No_____

(B)  Claim 14    Yes_____    No_____

(C)  Claim 15    Yes_____    No_____

(D)  Claim 41    Yes_____    No_____

## '450 PATENT

8.  Has Intellectual Ventures proven, by preponderance of the evidence, that Motorola Mobility has literally infringed any asserted claim of U.S. Patent No. 7,409,450 ('450 patent)?

"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

(A)     Claim 1        Yes_____  No_____

(B)     Claim 2        Yes_____  No_____

(C)     Claim 3        Yes_____  No_____

(D)     Claim 5        Yes_____  No_____

(E)     Claim 8        Yes_____  No_____

(F)     Claim 9        Yes_____  No_____

9. **[IV'S PROPOSED QUESTION]2**  Has Intellectual Ventures proven, by preponderance of the evidence, that Motorola Mobility has infringed any asserted claim of the '450 patent under the doctrine of equivalents?

"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

(A)     Claim 8        Yes_____  No_____]

**[MOTOROLA'S PROPOSED QUESTION:   If you find that Motorola Mobility literally infringed claim 1 of the '450 patent, has Intellectual Ventures proven, by preponderance of the evidence, that Motorola Mobility infringed claim 8 of the '450 patent under the doctrine of equivalents?**

**"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.**

**(A)     Claim 8        Yes_____     No_____
]**

---

2 **IV's POSITION:** The Court held that IV can allege doctrine of equivalents for the '450 patent in its March 13, 2015 Order.

10. Has Intellectual Ventures proven, by preponderance of the evidence, that Motorola Mobility contributed to the infringement of any asserted claim of the '450 patent?

"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

(A) Claim 1 Yes_____ No_____

(B) Claim 2 Yes_____ No_____

(C) Claim 3 Yes_____ No_____

(D) Claim 5 Yes_____ No_____

(E) Claim 8 Yes_____ No_____

(F) Claim 9 Yes_____ No_____

11. Has Intellectual Ventures proven, by preponderance of the evidence, that Motorola Mobility induced the infringement of any asserted claim of the '450 patent?

"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

(A) Claim 1 Yes_____ No_____

(B) Claim 2 Yes_____ No_____

(C) Claim 3 Yes_____ No_____

(D) Claim 5 Yes_____ No_____

(E) Claim 8 Yes_____ No_____

(F) Claim 9 Yes_____ No_____

12. Has Motorola Mobility proven, by clear and convincing evidence, that any of the following claims of the '450 patent are invalid based on anticipation?

"Yes" is a finding for Motorola Mobility. "No" is a finding for Intellectual Ventures.

(A) Claim 1    Yes_____   No_____

(B) Claim 2    Yes_____   No_____

(C) Claim 3    Yes_____   No_____

(D) Claim 5    Yes_____   No_____

(E) Claim 8    Yes_____   No_____

(F) Claim 9    Yes_____   No_____

13. Has Motorola Mobility proven, by clear and convincing evidence, that any of the following claims of the '450 patent are invalid based on obviousness?

"Yes" is a finding for Motorola Mobility. "No" is a finding for Intellectual Ventures.

(A) Claim 1    Yes_____   No_____

(B) Claim 2    Yes_____   No_____

(C) Claim 3    Yes_____   No_____

(D) Claim 5    Yes_____   No_____

(E) Claim 8    Yes_____   No_____

(F) Claim 9    Yes_____   No_____

We, the jurors, by signing below, indicate our unanimous verdict.

_____        _____
Jury Foreperson                Juror


_____        _____
Juror                          Juror

_____        _____
Juror                                                       Juror


_____        _____
Juror                                                       Juror