IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 11-908-SLR<br>)<br>)<br>)<br>) |

# ORDER

At Wilmington this 25th day of March, 2015, having considered defendant's motion to stay;

IT IS ORDERED that said motion (D.I. 408) is denied. I am not generally inclined to stay litigation pending administrative proceedings absent mandate or agreement by the parties. I am certainly not inclined to do so on the eve of trial, with the administrative proceedings no nearer to a final resolution and issues of infringement still pending.

 

                                                                    /s/ Sue L. Robinson
                                                United States District Judge