REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>MOTOROLA MOBILITY LLC,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 11-908-SLR<br>)<br>)<br>)<br>) |

## VERDICT SHEET

Dated: March 24, 2015

We, the jury, unanimously find as follows:

## '144 PATENT

1. Has Intellectual Ventures proven, by a preponderance of the evidence, that Motorola Mobility has directly infringed claim 41 of U.S. Patent No. 7,810,144 (the '144 patent)?

    "Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

    Yes ✓   No ____

2. Has Intellectual Ventures proven, by a preponderance of the evidence, that Motorola Mobility has infringed claim 41 of the '144 patent under the doctrine of equivalents?

    "Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

    Yes ✓   No ____

3. Has Intellectual Ventures proven, by a preponderance of the evidence, that Motorola Mobility contributed to the infringement of claim 41 of the '144 patent?

    "Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

    Yes ✓   No ____

4. Has Intellectual Ventures proven, by a preponderance of the evidence, that Motorola Mobility induced the infringement of claim 41 of the '144 patent?

    "Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

    Yes ✓   No ____

5. Has Motorola Mobility proven, by clear and convincing evidence, that claim 41 of the '144 patent is invalid based on obviousness?

    "Yes" is a finding for Motorola Mobility. "No" is a finding for Intellectual Ventures.

    Yes ____   No ✓

6. Has Motorola Mobility proven, by clear and convincing evidence, that claim 41 of the '144 patent is invalid for failing to satisfy the written description requirement?

"Yes" is a finding for Motorola Mobility. "No" is a finding for Intellectual Ventures.

Yes_____   No __✓__

### '450 PATENT

7. Has Intellectual Ventures proven, by a preponderance of the evidence, that Motorola Mobility has literally infringed any asserted claim of U.S. Patent No. 7,409,450 (the '450 patent)?

"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

(A)  Claim 1   Yes_____   No __✓__
(B)  Claim 5   Yes_____   No __✓__
(C)  Claim 8   Yes_____   No __✓__
(D)  Claim 9   Yes_____   No __✓__

8. Has Intellectual Ventures proven, by a preponderance of the evidence, that Motorola Mobility infringed claim 8 of the '450 patent under the doctrine of equivalents?

"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

Yes_____   No __✓__

9. Has Intellectual Ventures proven, by a preponderance of the evidence, that Motorola Mobility contributed to the infringement of any asserted claim of the '450 patent?

"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

(A)  Claim 1   Yes_____   No __✓__
(B)  Claim 5   Yes_____   No __✓__
(C)  Claim 8   Yes_____   No __✓__

2

(D)   Claim 9        Yes_____   No___✓___

10. Has Intellectual Ventures proven, by a preponderance of the evidence, that Motorola Mobility induced the infringement of any asserted claim of the '450 patent?

"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

(A)   Claim 1        Yes_____   No___✓___

(B)   Claim 5        Yes_____   No___✓___

(C)   Claim 8        Yes_____   No___✓___

(D)   Claim 9        Yes_____   No___✓___

11. Has Motorola Mobility proven, by clear and convincing evidence, that any of the asserted claims of the '450 patent are invalid based on obviousness?

"Yes" is a finding for Motorola Mobility. "No" is a finding for Intellectual Ventures.

(A)   Claim 1        Yes___✓___   No_____

(B)   Claim 5        Yes___✓___   No_____

(C)   Claim 8        Yes___✓___   No_____

(D)   Claim 9        Yes___✓___   No_____

3