REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 11-908-SLR<br>)<br>)<br>)<br>) |

**VERDICT SHEET**

Dated: March 30, 2015

We, the jury, unanimously find as follows:

### '462 PATENT

1. Has Intellectual Ventures proven, by a preponderance of the evidence, that Motorola Mobility has literally infringed any asserted claim of U.S. Patent No. 7,120,462 ("the '462 patent")?

"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

(A)  Claim 1    Yes ✓  No ____
(B)  Claim 10   Yes ✓  No ____
(C)  Claim 11   Yes ✓  No ____
(D)  Claim 13   Yes ✓  No ____

2. Has Intellectual Ventures proven, by a preponderance of the evidence, that Motorola Mobility contributed to the infringement of any asserted claim of the '462 patent?

"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

(A)  Claim 1    Yes ✓  No ____
(B)  Claim 10   Yes ✓  No ____
(C)  Claim 11   Yes ✓  No ____
(D)  Claim 13   Yes ✓  No ____

3. Has Intellectual Ventures proven, by a preponderance of the evidence, that Motorola Mobility induced the infringement of any asserted claim of the '462 patent?

"Yes" is a finding for Intellectual Ventures. "No" is a finding for Motorola Mobility.

(A)  Claim 1    Yes ✓  No ____
(B)  Claim 10   Yes ✓  No ____
(C)  Claim 11   Yes ✓  No ____

(D)   Claim 13       Yes ✓       No _____

4. Has Motorola Mobility proven, by clear and convincing evidence, that any of the following claims of the '462 patent are invalid based on obviousness?

"Yes" is a finding for Motorola Mobility. "No" is a finding for Intellectual Ventures.

(A)   Claim 1        Yes _____   No ✓
(B)   Claim 10       Yes _____   No ✓
(C)   Claim 11       Yes _____   No ✓
(D)   Claim 13       Yes _____   No ✓