IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>MOTOROLA MOBILITY LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 11-908-SLR<br>)<br>)<br>)<br>) |

## JUDGMENT FOLLOWING A JURY VERDICT
## PURSUANT TO FED. R. CIV. P. 58(b)

For reasons stated in the jury verdict of March 30, 2015;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and against defendant Motorola Mobility LLC as to the '462 patent.

Dated: 4/1/15

_____
United States District Judge

_____
(By) Deputy Clerk