IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>          Plaintiffs,<br><br>    v.<br><br>MOTOROLA MOBILITY LLC,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 11-908 (SLR)<br>)<br>)<br>)<br>) |

**STIPULATION EXTENDING BRIEFING DEADLINES**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that certain post-trial briefing deadlines are extended as described below.

(1) <u>Plaintiffs' Motion for Judgment as a Matter of Law as to the '450 Patent (D.I. 438)</u>: the deadline for Defendant's answering brief shall be extended to May 18, 2015, and the deadline for Plaintiffs' reply brief shall be extended to June 1, 2015.

(2) <u>Defendant's Motions for a New Trial and Judgment as a Matter of Law on the '462 Patent (D.I. 442 and 445)</u>: the deadline for Plaintiffs' answering briefs shall be extended until May 22, 2015.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Brian E. Farnan* | /s/ *Stephen J. Kraftschik* |
| Brian E. Farnan (#4089) | Jack B. Blumenfeld (#1014) |
| Rosemary J. Piergiovanni (#3655) | Stephen J. Kraftschik (#5623) |
| 919 North Market Street | 1201 North Market Street |
| Wilmington, DE  19801 | P.O. Box 1347 |
| (302) 777-0300 | Wilmington, DE  19899 |
| bfarnan@farnanlaw.com | (302) 658-9200 |
| rpiergiovanni@farnanlaw.com | jblumenfeld@mnat.com |
| | skraftschik@mnat.com |
| *Attorneys for Plaintiffs* | |
| *Intellectual Ventures I LLC and* | *Attorneys for Defendant* |
| *Intellectual Ventures II LLC* | *Motorola Mobility LLC* |

May 12, 2015

        SO ORDERED this ____ day of _____, 2015.

                                              _____
                                              United States District Judge

9131635