IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTELLECTUAL  VENTURES  I  LLC  and )
INTELLECTUAL VENTURES II LLC, )
  )
    Plaintiffs, )
  )
    v. ) C.A. No. 11-908 (RGA)
  )
MOTOROLA MOBILITY LLC, )
  )
    Defendant. )

## [PROPOSED] AMENDED FINAL JUDGMENT

This patent infringement action was brought by plaintiffs Intellectual Ventures I LLC and

Intellectual Ventures II LLC ("Plaintiffs") against defendant Motorola Mobility LLC

("Defendant"), alleging infringement of U.S. Patent Nos. 6,412,953 (the "'953 patent");

6,557,054 (the "'054 patent"); 6,658,464 (the "'464 patent"); 7,120,462 (the "'462 patent");

7,409,450 (the "'450 patent"); and 7,810,144 (the "'144 patent").

This Court has held jury trials from January 23, 2014 – February 5, 2014, March 16-25,

2015, and March 26-30, 2015, and has heard motions for summary judgment and judgment as a

matter of law.  In addition, the Court of Appeals for the Federal Circuit rendered a decision on

September 13, 2017 and mandate on December 18, 2017.  On October 3, 2017, the Court of

Appeals for the Federal Circuit issued a Rule 36 affirmance of a PTAB decision in the ex parte

reexamination of the '462 patent holding claims 1, 3, 8, 10, 11, 12, and 13 unpatentable.  *In Re:*

*Intellectual Ventures,* 2016-2416 (Fed. Cir. October 3, 2017).  IV's claims concerning the '462

patent are now moot and IV is dismissing this claim with prejudice.  In view of the above

matters, the Court hereby amends its earlier Judgment in this matter dated March 31, 2016 (D.I. 486) as follows.

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1.  Final judgment is entered in favor of Defendant and against Plaintiffs. Specifically, final judgment is rendered that:

    a.   Claim 1 of the '953 patent is invalid.

    b.   Claims 151, 159, 162, 181, 189, and 192 of the '054 patent are invalid.

    c.   Claims 1, 8, 16, and 17 of the '464 patent are invalid.

    d.   Claims 1, 5, 8, and 9 of the '450 patent are invalid.

    e.   Claims 1, 5, 8, and 9 of the '450 patent are not infringed by Defendant.

    f.   Claim 41 of the '144 patent is not infringed by Defendant.

    g.   Claim 41 of the '144 patent is not invalid under 35 U.S.C. § 103 based on obviousness, or 35 U.S.C. § 112 for lack of written description.

2.  All other claims asserted by Plaintiffs in this matter are dismissed with prejudice, and all declaratory judgment counterclaims asserted by Defendant in this matter other than those resolved by the judgment rendered in Paragraph 1 above are dismissed without prejudice.

Dated: January 25, 2018

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19081-3032
(302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Motorola Mobility LLC*

Entered, this $\underline{26}$ day of January 2018.

Honorable Richard G. Andrews
United States District Judge